# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# BROWARD DIVISION

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## PARTIES' JOINT NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiff, Theodore D'Apuzzo, P.A. ("Plaintiff"), and Defendant, United States of America ("Defendant"), pursuant to Local Rule 7.1(b)(4)(A), jointly file this Notification of Ninety Days Expiring, and state as follows:

1. Defendant filed the Motion to Dismiss Plaintiff's First Amended Complaint on March 2, 2017 (ECF 16) ("Motion"), which was served on Plaintiff that same day via CM/ECF.

2. Plaintiff filed the Response to Defendant's Motion to Dismiss First Amended Complaint on March 13, 2017 (ECF 18) ("Response"), which was served on Defendant that same day via CM/ECF.

3. Defendant filed the Reply in Support of Motion to Dismiss First Amended Complaint on March 24, 2017 (ECF 24), which was served on Plaintiff that same day via CM/ECF.

4. Plaintiff filed a Notice of Supplemental Authority in support of the Response on April 6, 2017 (ECF 25), which was served on Defendant that same day via CM/ECF.

5. To date, no order relating to the Motion has been issued, nor has any hearing on the Motion been scheduled.

6. On April 11, 2017, the Court entered an Order staying discovery in the case (ECF 26).

Respectfully submitted,

| | |
|---|---|
| */s/ Nicole W. Giuliano* | /s/Alicia H. Welch |
| Nicole W. Giuliano | Alicia H. Welch |
| Giuliano Law, P.A. | Assistant U.S. Attorney |
| Florida Bar No. 71067 | Florida Bar No. 100431 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 500 E. Broward Blvd., Suite 1710 | 99 N.E. 4th Street, Suite 300 |
| Fort Lauderdale, FL 33394 | Miami, Florida 33132 |
| Tel: (954) 848-2940 | Tel: (305) 961-9370 |
| Email: nicole@giulianolaw.com | Alicia.Welch@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on July 11th, 2017, on all counsel or parties of record on the Service List below.

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano

## SERVICE LIST

Nicole W. Giuliano
nicole@giulianolaw.com
GIULIANO LAW, P.A.
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394

-and-

Morgan Weinstein
MWeinstein@vanlawfl.com
VAN NESS LAW FIRM, PLC
1239 East Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
*Attorneys for Plaintiff*

Alicia H. Welch
Alicia.Welch@usdoj.gov
U.S. ATTORNEY'S OFFICE
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
*Attorney for Defendant The United States of America*