UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, the United States of America ("United States"), through the undersigned Assistant United States Attorney, hereby files its Answer and Affirmative Defenses to the First Amended Class Action Complaint ("Complaint") as follows:

### NATURE OF ACTION

1. The allegations in paragraph 1 constitute Plaintiff's characterization of its case to which no response is required. To the extent a response is required, the United States denies the allegations.

2. The allegations in paragraph 2 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

3. The United States denies the allegations in paragraph 3.

4. The United States admits the allegations in paragraph 4 to the extent supported by the source cited, which is the best evidence of its content. The United States otherwise denies the allegations.

5. The United States admits the allegations in paragraph 5 to the extent supported by the source cited, which is the best evidence of its content. The United States otherwise denies the allegations.

6. The allegations in paragraph 6 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

7. The allegations in paragraph 7 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

8. The allegations in paragraph 8 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

9. The allegations in paragraph 9 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

10. The allegations in paragraph 10 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

11. The allegations in paragraph 11 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

## JURISDICTION AND VENUE

12. The allegations in paragraph 12 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

## PARTIES

13. The United States is without sufficient knowledge to either admit or deny the allegations in the first and second sentences of paragraph 13. The allegations in the third sentence of paragraph 13 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

14. The United States admits the allegations in paragraph 14.

## FACTUAL ALLEGATIONS

### The PACER System

15. The United States admits the allegations in the first and second sentences of paragraph 15 to the extent supported by the source cited, which is the best evidence of its content. The United States otherwise denies the allegations.

16. The United States admits the allegations in paragraph 16.

17. The United States admits the allegations in the third, fourth, and fifth sentences of paragraph 17 to the extent supported by the source cited, which is the best evidence of its content. The allegations in the first, second, and sixth sentences of paragraph 17 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies those allegations.

### PACER User Fees

18. The United States admits the allegations in paragraph 18 to the extent supported by the statutes cited, which are the best evidence of their content. The United States otherwise denies the allegations.

19. The allegations in paragraph 19 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

20. The United States admits the allegations in the first and second sentences of paragraph 20 to the extent supported by the document cited, which is the best evidence of its content. The allegations in the third sentence constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies those allegations.

21. The United States admits the allegations in paragraph 21 to the extent supported by the documents cited, which are the best evidence of their content. The United States otherwise denies the allegations.

22. The allegations in paragraph 22 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

23. The United States admits the allegations in paragraph 23 to the extent supported by the document cited, which is the best evidence of its content. The United States otherwise denies the allegations.

24. The United States admits the allegations in paragraph 24 to the extent supported by the documents cited, which are the best evidence of their content. The United States otherwise denies the allegations.

25. The United States admits the allegations in paragraph 25 to the extent supported by the document cited, which is the best evidence of its content. The United States otherwise denies the allegations.

26. The United States admits the allegations in paragraph 26 to the extent supported by the source cited, which is the best evidence of its content. The United States otherwise denies the allegations.

27. The allegations in paragraph 27 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

**PACER Improperly Charges for Access to Judicial Opinions**

28. The allegations in paragraph 28 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

29. The United States admits the allegations in paragraph 29 to the extent supported by the documents cited, which are the best evidence of their content. The United States otherwise denies the allegations.

30. The allegations in paragraph 30 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

31. The United States denies the allegations in the first clause of the first sentence of paragraph 31. The remaining allegations of paragraph 31 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

32. The allegations in paragraph 32 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

33. The United States admits the allegations in sentence one of paragraph 33 that Plaintiff viewed the document found in Exhibit A on PACER and that Plaintiff was billed for PACER usage during the quarter in which it viewed the document. The United States further admits that the document found in Exhibit A is not available for free from PACER. The remaining allegations in the first, second, third, and fourth sentences constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

34. The United States admits that Plaintiff viewed the document found in Exhibit B on PACER and that Plaintiff was billed for PACER usage during the quarter in which it viewed the document. The United States further admits that the document found in Exhibit B is not available for free from PACER. The remaining allegations in paragraph 34 constitute conclusions of law to

which no response is required. To the extent a response is required, the United States denies the allegations.

34. [sic — continued] 

35. The United States admits only the allegations in paragraph 35 that concern what the document found in Exhibit C states to the extent supported by the document cited, which is the best evidence of its content. The remaining allegations in paragraph 35 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

36. The United States admits only the allegations in paragraph 36 that concern what the document found in Exhibit D states to the extent supported by the document cited, which is the best evidence of its content. The remaining allegations in paragraph 36 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

37. The United States admits only the allegations in paragraph 37 concerning what the document found in Exhibit E states to the extent supported by the document cited, which is the best evidence of its content. The United States otherwise denies the allegations in paragraph 37.

38. The United States admits only the allegations in paragraph 38 concerning what the document found in Exhibit F states to the extent supported by the document cited, which is the best evidence of its content. The United States otherwise denies the allegations.

39. The United States admits the allegations in paragraph 39 concerning what the document found in Exhibit G states to the extent supported by the document cited, which is the best evidence of its content. The United States further admits that the document found in Exhibit G is not available for free from PACER.

40. The United States admits the allegations in the second and third sentences of paragraph 40 concerning what the document found in Exhibit H and the cited docket report entry state to the extent supported by the documents cited, which are the best evidence of their content. The allegations in first sentence of paragraph 40 constitute conclusions of law to which no response is required. The United States otherwise denies the allegations.

41. The United States admits the allegations in paragraph 41 concerning what the document found at Exhibit I states to the extent supported by the document cited, which is the best evidence of its content. The United States further admits that the document found at Exhibit I is available for free on PACER. The remaining allegations in paragraph 41 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

42. The United States admits the allegations in paragraph 42 concerning what the document found at Exhibit J and the cited docket report entry state to the extent supported by the documents cited, which are the best evidence of their content. The allegations concerning similarity in paragraph 42 constitute conclusions of law to which no response is required. The United States otherwise denies the allegations.

43. The United States admits only the allegations in the second sentence of paragraph 43 that the documents found at Exhibits K and L, with the exception of the Report and Recommendation from the U.S. District Court for the Eastern District of New York, are not available for free from PACER. The allegations in the first sentence of paragraph 43 constitute conclusions of law to which no response is required. The United States otherwise denies the allegations.

44. The allegations in paragraph 44 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

45. The allegations in paragraph 45 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

46. The United States is without sufficient knowledge to either admit or deny the allegations in paragraph 46, and consequently denies the same at this time.

## CLASS ACTION ALLEGATIONS

47. The allegations in paragraph 47 constitute Plaintiff's characterization of its case, to which no response is required. To the extent a response is required, the United States denies the allegations.

48. The allegations in paragraph 48 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

49. The United States admits the allegation in the second sentence concerning the number of users in that PACER has over two million users, and further admits the allegation in the fourth sentence that the AO's business records may include the users' contact information. The remaining allegations in paragraph 49 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

50. The allegations in paragraph 50, including subparts A-F, constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

51. The allegations in paragraph 51 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

52. The allegations in paragraph 52 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

53. The allegations in paragraph 53 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

54. The allegations in paragraph 54 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

## CLAIMS FOR RELIEF

### COUNT I
### Breach of Contract

55. The United States re-alleges the answers set forth in paragraphs 1-54 as if set forth fully herein.

56. The allegations in paragraph 56 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

57. The allegations in paragraph 57 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

58. The allegations in paragraph 58 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

59. The allegations in paragraph 59 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

60. The allegations in paragraph 60 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

61. The allegations in paragraph 61 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

### COUNT II

**Breach of the Implied Covenant of Good Faith and Fair Dealing**

62.     The United States re-alleges the answers set forth in paragraphs 1-54 as if set forth fully herein.

63.     The allegations in paragraph 63 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

64.     The allegations in paragraph 64 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

65.     The allegations in paragraph 65 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

66.     The allegations in paragraph 66 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

67.     The allegations in paragraph 67 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

68.     The allegations in paragraph 68 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

69.     The allegations in paragraph 69 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

70.     The allegations in paragraph 70 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States denies the allegations.

**COUNT III**
**Illegal Exaction**

71.     The United States re-alleges the answers set forth in paragraphs 1-54 as if set forth fully herein.

72. The allegations in paragraph 72 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

73. The United States admits the allegations in paragraph 73 to the extent supported by the document cited, which is the best evidence of its content. The United States otherwise denies the allegations.

74. The United States admits the allegations in paragraph 74 to the extent supported by the statute cited, which is the best evidence of its content. The United States otherwise denies the allegations.

75. The allegations in paragraph 75 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

76. The allegations in paragraph 76 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

77. The allegations in paragraph 77 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

78. The allegations in paragraph 78 constitute conclusions of law to which no response is required. To the extent a response is required, the United States denies the allegations.

79. The allegations in paragraph 79 constitute conclusions of law and Plaintiff's characterization of the case to which no response is required. To the extent a response is required, the United States denies the allegations.

**Prayer for Relief**

The remaining paragraphs of the First Amended Complaint set forth Plaintiff's prayer for relief, to which no response is required. If a response is required, the United States denies that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to timely exhaust administrative remedies that were available to it and which it agreed to employ to contest its billings.  As a result, Plaintiff has also failed to mitigate damages.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff waived its claims because it chose to accept the charges and view the orders at issue after being provided with a PACER transaction receipt for each respective order showing that charges would be incurred if Plaintiff proceeded with the transactions.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:     /s/Alicia H. Welch
ALICIA H. WELCH
Assistant U.S. Attorney
Florida Bar No. 100431
Email: Alicia.Welch@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9370

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the Service List below in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Alicia H. Welch
Alicia H. Welch, AUSA

## SERVICE LIST

Nicole W. Giuliano
nicole@giulianolaw.com
GIULIANO LAW, P.A.
500 E. Broward Blvd.
Suite 1710
Fort Lauderdale, FL  33394

John Van Ness
tvanness@vanlawfl.com
VAN NESS LAW FIRM, PA
7369 Sheridan Street
Suite 203
Hollywood, FL  33024

*Attorneys for Plaintiff*

***Notices of Electronic Filing generated by CM/ECF***