IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.
_____/

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant, United States of America, and Plaintiff, Theodore D'Apuzzo P.A., pursuant to Federal Rule of Civil Procedure 26(c), respectfully request that the Court enter the attached proposed Protective Order to allow the parties to exchange protected and confidential information.

Respectfully Submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/Alicia H. Welch
ALICIA H. WELCH
Assistant U.S. Attorney
Florida Bar No. 100431
Email: Alicia.Welch@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9370
Fax: (305) 530-7139
*Counsel for Defendant United States of America*

By: */s/ Nicole W.Giuliano*
Nicole W. Giuliano
Florida Bar No. 71067
**Giuliano Law, P.A.**
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Tel: (954) 848-2940
Fax: (954) 848-2941
Email: nicole@giulianolaw.com
Secondary: service@giulianolaw.com

Morgan L. Weinstein
Florida Bar No. 87796
Weinstein Law, P.A.
66 West Flagler Street, 11th Floor
Miami, Florida  33130
Tel: (954) 540-2755
Email: morgan@mlwlegal.com

John Anthony Van Ness
Florida Bar No. 391832
**Van Ness Law Firm, PLC**
1239 East Newport Center Drive, Suite 110
Deerfield Beach, Florida 33442
Tel: (954) 571-2031
Email: TVanness@vanlawfl.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Alicia H. Welch
Alicia H. Welch, AUSA

## SERVICE LIST

Nicole W. Giuliano
nicole@giulianolaw.com
GIULIANO LAW, P.A.
500 E. Broward Blvd.
Suite 1710
Fort Lauderdale, FL  33394

Morgan Weinstein
Weinstein Law, P.A.
66 West Flagler Street, 11th Floor
Miami, Florida  33130
Tel: (954) 540-2755
Email: morgan@mlwlegal.com

John Van Ness
tvanness@vanlawfl.com
VAN NESS LAW FIRM, PA
7369 Sheridan Street
Suite 203
Hollywood, FL  33024

*Attorneys for Plaintiff*

***Notices of Electronic Filing generated by CM/ECF***