UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV- 62769-SCOLA

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

_____/

## DECLARATION OF DAVID STONE

I, David Stone, hereby declare and state the following:

1. I have been employed by the Administrative Office of the U.S. Courts ("AO") as a PACER Service Center Manager for approximately six (6) months.

2. I submit this declaration based on my personal knowledge and on the information available to me in my official capacity as I perform my work for the AO.

3. When a PACER user downloads a document for which there is a charge in PACER, a billable transaction is generated and recorded. However, not all billable transactions result in charges to a PACER user.

4. Pursuant to the Electronic Public Access Fee Schedule ("Fee Schedule"), PACER users receive a fee waiver when they do not exceed $15.00 in PACER charges in a billing quarter. PACER users may also be otherwise exempted from paying PACER fees (such as an educational institution engaged in research or nonprofit organizations that sought and secured an exemption from the requirement to pay PACER fees).

5. In 2015, 63 percent and in 2016, 64 percent of PACER users did not pay anything for PACER use either because of the fee waiver or due to the fact that they were otherwise exempted from paying fees.

6. In 2015, 81 percent and in 2016, 81 percent of PACER users had some or all of the fees waived, not counting the free downloading of those portions of documents that exceeded thirty (30) pages.

7. Therefore, in order to determine whether a PACER user was charged for a document that generated a billable transaction, the particular PACER user's account would need to be pulled up to determine whether the user received a fee waiver for the billing quarter during which the document was downloaded or was otherwise exempted from paying PACER fees.

Executed this __5__ day of January, 2018.

_/s/ David Stone_
David Stone
PACER Service Center Manager
Administrative Office of U.S. Courts