# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,

    v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S THIRD SET OF INTERROGATORIES TO DEFENDANT**

    Plaintiff, Theodore D'Apuzzo, P.A. ("Plaintiff"), pursuant to Fed. R. Civ. P. 33 and Local Rule 26.1(e), propounds the following interrogatories to Defendant, The United States of America ("Government"), and states as follows:

### Definitions

    1.    "PACER" refers to the Public Access to Court Electronic Records system.

    2.    "CM/ECF" means Case Management/Electronic Case Files, and refers to the electronic case management and document filing system utilized by federal courts.

### Instructions

    1.    Unless specified otherwise, the relevant time period for this request for production is November 22, 2010 to November 22, 2016.

### INTERROGATORIES

    1.    Identify all documents that were accessible via PACER as of November 22, 2016, whose title contain any of the following words: "Opinion," "Order," "Decision," "Report,"

"Recommendation," "Decree," "Findings," "Conclusions," "Injunction," "Judgment," or "Restraining" (regardless of capitalization, and whether by itself or with other words), and whose title also does <u>not</u> contain any of the following words, or combination of words: "Schedule" or "Scheduling," "Enlargement," "Extension", "Procedure" or "Procedural", "Conference," "Hearing," "Leave," "Deadline," "Pauperis," "Continuing" or "Continuance," "Management," "Pretrial," "Pro Hac Vice", "Setting", "Substitution," or "Time" (regardless of capitalization), which were <u>not</u> designated as an "opinion" for purposes of PACER charges as of November 22, 2016 (for avoidance of doubt, this response also should include documents whose "opinions" designation may have changed *after* November 22, 2016). For each document, please include the court, case number, docket entry number, title, filing date, and number of pages.

  2. To the extent not already covered by Interrogatory No. 1 above, identify all documents accessible via PACER as of November 22, 2016, whose "Event category" for purposes of CM/ECF "Docket Activity Reports" were flagged as "order," "order-cr," "orderx," or any other "order" variation (as illustrated by the sample CM/ECF screenshot below), and whose title also does <u>not</u> contain any of the following words, or combination of words: "Schedule" or "Scheduling," "Enlargement," "Extension", "Procedure" or "Procedural", "Conference," "Hearing," "Leave," "Deadline," "Pauperis," "Continuing" or "Continuance," "Management," "Pretrial," "Pro Hac Vice", "Setting", "Substitution," or "Time" (regardless of capitalization), which were <u>not</u> designated as an "opinion" for purposes of PACER charges as of November 22, 2016 2016 (for avoidance of doubt, this response also should include documents whose "opinions" designation may have changed *after* November 22, 2016). For each document, please include the court, case number, docket entry number, title, filing date, and number of pages.



3.      For each document responsive to Interrogatory Nos. 1 or 2 above, please identify all PACER users who were charged to access the document at any point between November 22, 2010 and November 22, 2016. The response should include the users' identity (both actual name and PACER username) and all other available contact information, along with the date and amount of each charge.

4.      Identify all the types of contact information that PACER has for each user account that was in effect at any point between November 22, 2010 and November 22, 2016 (regardless of the account's present status), such as name, username, e-mail address, physical address, telephone numbers, payment method, and the like.

Dated: December 1, 2017

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano
Florida Bar No. 71067
**Giuliano Law, P.A.**
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Tel: (954) 848-2940
Email: nicole@giulianolaw.com

John Anthony Van Ness
Florida Bar No. 391832
**Van Ness Law Firm, PLC**
1239 East Newport Center Drive, Suite 110

3

          Deerfield Beach, Florida 33442
          Tel: (954) 571-2031
          Email:TVanness@vanlawfl.com

          Morgan L. Weinstein
          Florida Bar No. 87796
          **Weinstein Law, P.A.**
          66 West Flagler Street, 11th Floor
          Miami, Florida 33130
          Tel: 954-540-2755
          Email: morgan@mlwlegal.com

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via e-mail on December 1, 2017, on all counsel of record on the Service List below.

          By: */s/ Nicole W. Giuliano*
          Nicole W. Giuliano

## SERVICE LIST

Alicia H. Welch
Email: Alicia.Welch@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
*Attorney for Defendant The United States of America*

4