# Exhibit D

| 4309653 | FLSDC | 08/12/2014 | 11:20:07 | 2  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121020323116149 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:21:16 | 1  | 0:14-CV-61652-RLR DOCUMENT 1-1 | IMAGE1-1      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121021343117260 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:21:16 | 3  | 0:14-CV-61652-RLR DOCUMENT 1-0 | IMAGE1-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121021343117260 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:23:08 | 2  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121023373119658 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:23:50 | 3  | 0:14-CV-61652-RLR DOCUMENT 6-0 | IMAGE6-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121024383120834 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:24:42 | 4  | 0:14-CV-61652-RLR DOCUMENT 7-0 | IMAGE7-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121025393122024 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:25:39 | 1  | 0:14-CV-61652-RLR DOCUMENT 8-0 | IMAGE8-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121026413123231 | N |
| 4309653 | FLSDC | 08/12/2014 | 11:26:05 | 2  | 0:14-CV-61652-RLR DOCUMENT 9-0 | IMAGE9-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121026413123231 | N |
| 4309653 | FLSDC | 08/12/2014 | 18:43:20 | 2  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121744153129935 | N |
| 4309653 | FLSDC | 08/12/2014 | 18:43:29 | 1  | 0:14-CV-61652-RLR DOCUMENT 11-0| IMAGE11-0     | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121744153129935 | N |
| 4309653 | FLSDC | 08/12/2014 | 19:05:07 | 2  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121805323115744 | N |
| 4309653 | FLSDC | 08/12/2014 | 19:05:13 | 2  | 0:14-CV-61652-RLR DOCUMENT 12-0| IMAGE12-0     | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121805323115744 | N |
| 4309653 | FLSDC | 08/12/2014 | 19:33:48 | 2  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201408121833553106969 | N |
| 4309653 | FLMDC | 09/29/2014 | 20:20:34 | 7  | 8:11-CV-01630-EAK-MAP          | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113ADC.201409291921179919851 | N |
| 4309653 | FLNDC | 09/29/2014 | 19:22:50 | 1  | LAST NAME: EAGLE GROUP BROKERS, LLC | SEARCH   | IVAN   | 66.176.167.171 | TED610 | 1129DC.201409291924159921185 | N |
| 4309653 | FLNDC | 09/29/2014 | 19:23:24 | 1  | LAST NAME: R.E. LOANS, LLC     | SEARCH        | IVAN   | 66.176.167.171 | TED610 | 1129DC.201409291924159921185 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:53:20 | 3  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091253569929810 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:53:48 | 3  | 0:14-CV-61652-RLR DOCUMENT 19-0| IMAGE19-0     | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091253569929810 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:54:34 | 3  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091254569930244 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:54:48 | 3  | 0:14-CV-61652-RLR DOCUMENT 18-0| IMAGE18-0     | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091254569930244 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:55:27 | 3  | 0:14-CV-61652-RLR DOCUMENT 14-0| IMAGE14-0     | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091255589930685 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:57:19 | 3  | 0:14-CV-61652-RLR DOCUMENT 5-0 | IMAGE5-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091257599931481 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:57:45 | 1  | 0:14-CV-61652-RLR DOCUMENT 4-0 | IMAGE4-0      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091257599931481 | N |
| 4309653 | FLSDC | 10/09/2014 | 13:58:09 | 2  | 0:14-CV-61652-RLR DOCUMENT 4-1 | IMAGE4-1      | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410091259009931918 | N |
| 4309653 | FLSDC | 10/27/2014 | 20:08:22 | 4  | 0:14-CV-61652-RLR              | DOCKET REPORT | IVAN   | 66.176.167.171 | TED610 | 113CDC.201410271909193106804 | N |
| 4309653 | FLSBK | 12/19/2014 | 16:05:20 | 3  | 14-21883-RBR FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | DOCKET REPORT | JNG | 75.74.82.146 | TED610 | 113CBK.201412191506049914579 | N |
| 4309653 | FLSBK | 12/19/2014 | 16:07:02 | 3  | 14-21883-RBR FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | DOCKET REPORT | JNG | 75.74.82.146 | TED610 | 113CBK.201412191507059915253 | N |
| 4309653 | FLSBK | 12/19/2014 | 16:07:15 | 30 | 14-21883-RBR     DOCUMENT 1-0  | IMAGE1-0      | JNG    | 75.74.82.146   | TED610 | 113CBK.201412191508059915847 | N |
| 4309653 | FLSBK | 12/19/2014 | 16:07:47 | 1  | 14-21883-RBR     DOCUMENT 4-0  | IMAGE4-0      | JNG    | 75.74.82.146   | TED610 | 113CBK.201412191508059915847 | N |
| 4309653 | FLSBK | 12/19/2014 | 16:08:01 | 1  | 14-21883-RBR     DOCUMENT 5-0  | IMAGE5-0      | JNG    | 75.74.82.146   | TED610 | 113CBK.201412191508059915847 | N |
| 4309653 | FLSDC | 02/25/2015 | 17:39:01 | 1  | 0:15-CV-60279-BB               | DOCKET REPORT | STEVEN | 75.74.82.146   | TED610 | 113CDC.201502251639239908296 | N |
| 4309653 | FLSDC | 02/25/2015 | 17:40:10 | 13 | 0:15-CV-60279-BB DOCUMENT 8-0  | IMAGE8-0      | STEVEN | 75.74.82.146   | TED610 | 113CDC.201502251640249909115 | N |
| 4309653 | FLSDC | 03/25/2015 | 16:38:39 | 1  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251539259915548 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:01:47 | 3  | 0:15-CV-60279-BB DOCUMENT 4-0  | IMAGE4-0      | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251601489924967 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:03:23 | 1  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251603509925839 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:03:40 | 1  | 0:15-CV-60279-BB DOCUMENT 3-0  | IMAGE3-0      | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251603509925839 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:03:40 | 1  | 0:15-CV-60279-BB DOCUMENT 3-1  | IMAGE3-1      | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251603509925839 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:03:41 | 1  | 0:15-CV-60279-BB DOCUMENT 3-2  | IMAGE3-2      | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251603509925839 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:03:41 | 1  | 0:15-CV-60279-BB DOCUMENT 3-3  | IMAGE3-3      | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251603509925839 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:05:16 | 4  | 0:15-CV-60279-BB DOCUMENT 9-0  | IMAGE9-0      | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251605529926555 | N |
| 4309653 | FLSDC | 03/25/2015 | 17:33:30 | 1  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503251634219905925 | N |
| 4309653 | FLSDC | 03/26/2015 | 16:52:57 | 2  | 0:15-CV-60279-BB DOCUMENT 12-0 | IMAGE12-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503261553229931234 | N |
| 4309653 | FLSDC | 03/26/2015 | 16:55:45 | 4  | 0:15-CV-60279-BB DOCUMENT 13-0 | IMAGE13-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503261556269932534 | N |
| 4309653 | FLSDC | 03/26/2015 | 16:59:26 | 2  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503261559299901241 | N |
| 4309653 | FLSDC | 03/26/2015 | 16:59:35 | 3  | 0:15-CV-60279-BB DOCUMENT 10-0 | IMAGE10-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503261600309901654 | N |
| 4309653 | FLSDC | 03/26/2015 | 17:00:30 | 3  | 0:15-CV-60279-BB DOCUMENT 11-0 | IMAGE11-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201503261601319902195 | N |
| 4309653 | FLSDC | 04/01/2015 | 10:56:16 | 2  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504010956439930357 | N |
| 4309653 | FLSDC | 04/01/2015 | 10:58:23 | 4  | 0:15-CV-60279-BB DOCUMENT 15-0 | IMAGE15-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504010958459931937 | N |
| 4309653 | FLSDC | 04/27/2015 | 21:57:17 | 2  | 0:15-CV-60279-BB DOCUMENT 19-0 | IMAGE19-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504272057459931489 | N |
| 4309653 | FLSDC | 04/27/2015 | 22:09:48 | 5  | 0:15-CV-60279-BB DOCUMENT 20-0 | IMAGE20-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504272109569906139 | N |
| 4309653 | FLSDC | 04/27/2015 | 23:41:11 | 4  | 0:15-CV-60279-BB DOCUMENT 21-0 | IMAGE21-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504272241359918327 | N |
| 4309653 | FLSDC | 04/27/2015 | 23:47:02 | 3  | 0:15-CV-60279-BB DOCUMENT 22-0 | IMAGE22-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504272247399920973 | N |
| 4309653 | FLSDC | 04/28/2015 | 13:52:58 | 2  | 0:15-CV-60279-BB DOCUMENT 23-0 | IMAGE23-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504281253179918990 | N |
| 4309653 | FLSDC | 04/29/2015 | 12:41:01 | 1  | 0:15-CV-60279-BB DOCUMENT 26-0 | IMAGE26-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504291141539916775 | N |
| 4309653 | FLSDC | 04/29/2015 | 12:43:45 | 3  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201504291143559918795 | N |
| 4309653 | FLSDC | 05/19/2015 | 13:45:18 | 3  | 0:15-CV-60279-BB               | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201505191245413200469 | N |
| 4309653 | FLSDC | 05/19/2015 | 13:46:29 | 4  | 0:14-CV-61652-RLR              | DOCKET REPORT | SOLITA | 75.74.82.146   | TED610 | 113CDC.201505191246433201428 | N |
| 4309653 | FLSDC | 05/19/2015 | 13:46:47 | 7  | 0:14-CV-61652-RLR DOCUMENT 28-0| IMAGE28-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201505191247463202521 | N |
| 4309653 | FLSDC | 05/19/2015 | 13:50:46 | 4  | 0:14-CV-61652-RLR DOCUMENT 31-0| IMAGE31-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201505191250513205742 | N |
| 4309653 | FLSDC | 05/19/2015 | 13:51:32 | 2  | 0:14-CV-61652-RLR DOCUMENT 32-0| IMAGE32-0     | SOLITA | 75.74.82.146   | TED610 | 113CDC.201505191251533206730 | N |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4309653 | FLSDC | 05/19/2015 | 13:52:22 | 2 | 0:14-CV-61652-RLR DOCUMENT 33-0 | IMAGE33-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201505191252543207674 N |
| 4309653 | FLSDC | 05/19/2015 | 13:53:37 | 3 | 0:15-CV-60279-BB | DOCKET REPORT | SOLITA | 75.74.82.146 | TED610 | 113CDC.201505191253553208588 N |
| 4309653 | FLSDC | 05/19/2015 | 15:35:45 | 2 | 0:15-CV-60279-BB   STARTING WITH DOCUMENT: 26 | DOCKET REPORT | SOLITA | 75.74.82.146 | TED610 | 113CDC.201505191435543224030 N |
| 4309653 | FLSDC | 05/19/2015 | 15:41:23 | 3 | 0:15-CV-60279-BB DOCUMENT 28-0 | IMAGE28-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201505191441593229991 N |
| 4309653 | FLSDC | 05/19/2015 | 15:58:14 | 4 | 0:14-CV-61652-RLR | DOCKET REPORT | SOLITA | 75.74.82.146 | TED610 | 113CDC.201505191458163215680 N |
| 4309653 | FLSDC | 05/26/2015 | 00:56:57 | 4 | 0:14-CV-61652-RLR | DOCKET REPORT | IVAN | 50.128.161.230 | TED610 | 113CDC.201505252357223226324 N |
| 4309653 | FLSDC | 05/26/2015 | 09:11:32 | 3 | 0:14-CV-61652-RLR DOCUMENT 35-0 | IMAGE35-0 | IVAN | 50.128.161.230 | TED610 | 113CDC.201505260812263217030 N |
| 4309653 | FLSDC | 06/01/2015 | 19:33:59 | 4 | 0:10-CV-61548-JJO | DOCKET REPORT | IVAN | 75.74.82.146 | TED610 | 113CDC.201506011834063206586 N |
| 4309653 | FLSDC | 06/01/2015 | 19:36:01 | 6 | 0:10-CV-61548-JJO DOCUMENT 1-0 | IMAGE1-0 | IVAN | 75.74.82.146 | TED610 | 113CDC.201506011836073208043 N |
| 4309653 | FLSDC | 06/01/2015 | 19:37:08 | 5 | 0:10-CV-61548-JJO DOCUMENT 10-0 | IMAGE10-0 | IVAN | 75.74.82.146 | TED610 | 113CDC.201506011838083209455 N |
| 4309653 | FLSDC | 06/15/2015 | 19:16:52 | 3 | 0:14-CV-61652-RLR DOCUMENT 37-0 | IMAGE37-0 | IVAN | 75.74.82.146 | TED610 | 113CDC.201506151817509921395 N |
| 4309653 | FLSDC | 06/22/2015 | 18:23:43 | 2 | 0:14-CV-61652-RLR DOCUMENT 41-0 | IMAGE41-0 | IVAN | 75.74.82.146 | TED610 | 113CDC.201506221724313124526 N |
| 4309653 | FLSDC | 08/12/2015 | 18:24:39 | 2 | 0:15-CV-60279-BB DOCUMENT 33-0 | IMAGE33-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121725183215462 N |
| 4309653 | FLSDC | 08/12/2015 | 18:25:45 | 4 | 0:15-CV-60279-BB | DOCKET REPORT | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121726193216193 N |
| 4309653 | FLSDC | 08/12/2015 | 18:26:09 | 1 | 0:15-CV-60279-BB DOCUMENT 32-0 | IMAGE32-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121726193216193 N |
| 4309653 | FLSDC | 08/12/2015 | 18:27:23 | 4 | 0:15-CV-60279-BB DOCUMENT 29-0 | IMAGE29-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121728203217670 N |
| 4309653 | FLSDC | 08/12/2015 | 18:27:59 | 2 | 0:15-CV-60279-BB DOCUMENT 30-0 | IMAGE30-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121728203217670 N |
| 4309653 | FLSDC | 08/12/2015 | 18:28:33 | 1 | 0:15-CV-60279-BB DOCUMENT 30-1 | IMAGE30-1 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121729203218404 N |
| 4309653 | FLSDC | 08/12/2015 | 18:29:12 | 2 | 0:15-CV-60279-BB DOCUMENT 31-0 | IMAGE31-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121729203218404 N |
| 4309653 | FLSDC | 08/12/2015 | 18:29:45 | 1 | 0:15-CV-60279-BB DOCUMENT 31-1 | IMAGE31-1 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508121730213220749 N |
| 4309653 | FLSDC | 08/20/2015 | 10:16:39 | 6 | 0:15-CV-60899-WJZ | DOCKET REPORT | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200917113125622 N |
| 4309653 | FLSDC | 08/20/2015 | 10:19:37 | 14 | 0:15-CV-60899-WJZ DOCUMENT 1-0 | IMAGE1-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200920133128139 N |
| 4309653 | FLSDC | 08/20/2015 | 10:23:05 | 25 | 0:15-CV-60899-WJZ DOCUMENT 7-0 | IMAGE7-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200923163130673 N |
| 4309653 | FLSDC | 08/20/2015 | 10:25:33 | 9 | 0:15-CV-60899-WJZ DOCUMENT 7-1 | IMAGE7-1 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200926183100747 N |
| 4309653 | FLSDC | 08/20/2015 | 10:26:47 | 26 | 0:15-CV-60899-WJZ DOCUMENT 21-0 | IMAGE21-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200927193101682 N |
| 4309653 | FLSDC | 08/20/2015 | 10:34:55 | 5 | 0:15-CV-60899-WJZ DOCUMENT 26-0 | IMAGE26-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200935283110495 N |
| 4309653 | FLSDC | 08/20/2015 | 10:35:59 | 2 | 0:15-CV-60899-WJZ DOCUMENT 26-1 | IMAGE26-1 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201508200936293111290 N |
| 4309653 | FLSDC | 08/20/2015 | 11:33:04 | 4 | 0:15-CV-60279-BB | DOCKET REPORT | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508201033403100636 N |
| 4309653 | FLSDC | 08/20/2015 | 11:44:35 | 2 | 0:15-CV-60279-BB DOCUMENT 34-0 | IMAGE34-0 | SOLITA | 75.74.82.146 | TED610 | 113CDC.201508201044503110420 N |
| 4309653 | FLSDC | 09/10/2015 | 15:52:34 | 6 | 0:15-CV-60899-WJZ | DOCKET REPORT | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509101453333219389 N |
| 4309653 | FLSDC | 09/10/2015 | 15:54:12 | 3 | 0:15-CV-60899-WJZ DOCUMENT 27-0 | IMAGE27-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509101454353220391 N |
| 4309653 | FLSDC | 09/10/2015 | 16:00:00 | 12 | 0:15-CV-60899-WJZ DOCUMENT 13-0 | IMAGE13-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509101500423227713 N |
| 4309653 | FLSDC | 09/10/2015 | 16:04:35 | 5 | 0:15-CV-60899-WJZ DOCUMENT 26-0 | IMAGE26-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509101504493231600 N |
| 4309653 | FLSDC | 09/10/2015 | 16:09:53 | 2 | 0:15-CV-60899-WJZ DOCUMENT 28-0 | IMAGE28-0 | STEVE WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509101510523204908 N |
| 4309653 | FLSDC | 09/28/2015 | 20:51:08 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509281951529921003 N |
| 4309653 | FLSDC | 09/28/2015 | 20:51:26 | 2 | 0:15-CV-60899-WJZ DOCUMENT 19-0 | IMAGE19-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509281951529921003 N |
| 4309653 | FLSDC | 09/28/2015 | 20:58:37 | 3 | 0:15-CV-60899-WJZ DOCUMENT 10-0 | IMAGE10-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509281959009923720 N |
| 4309653 | FLSDC | 09/28/2015 | 21:00:09 | 2 | 0:15-CV-60899-WJZ DOCUMENT 18-0 | IMAGE18-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509282001019924554 N |
| 4309653 | FLSDC | 09/28/2015 | 21:02:27 | 3 | 0:15-CV-60899-WJZ DOCUMENT 22-0 | IMAGE22-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509282003029925557 N |
| 4309653 | FLSDC | 09/28/2015 | 21:03:43 | 3 | 0:15-CV-60899-WJZ DOCUMENT 24-0 | IMAGE24-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509282004039926018 N |
| 4309653 | FLSDC | 09/29/2015 | 15:20:11 | 3 | 0:15-CV-60899-WJZ DOCUMENT 29-0 | IMAGE29-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201509291420569924204 N |
| 4309653 | FLSDC | 10/01/2015 | 16:41:47 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510011542189904737 N |
| 4309653 | FLSDC | 10/01/2015 | 16:44:27 | 8 | 0:15-CV-60899-WJZ DOCUMENT 8-0 | IMAGE8-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510011545219906945 N |
| 4309653 | FLSDC | 10/01/2015 | 16:49:51 | 2 | 0:15-CV-60899-WJZ DOCUMENT 32-0 | IMAGE32-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510011550269910542 N |
| 4309653 | FLSDC | 10/13/2015 | 16:54:04 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510131554159927964 N |
| 4309653 | FLSDC | 10/13/2015 | 19:34:56 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510131835159904722 N |
| 4309653 | FLSDC | 10/20/2015 | 17:16:35 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510201616573103390 N |
| 4309653 | FLSDC | 10/20/2015 | 17:17:14 | 14 | 0:15-CV-60899-WJZ DOCUMENT 23-0 | IMAGE23-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201510201617583104537 N |
| 4309653 | FLSDC | 11/04/2015 | 09:52:51 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511040852523105789 N |
| 4309653 | FLSDC | 11/04/2015 | 10:49:44 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511040950433115034 N |
| 4309653 | FLSDC | 11/04/2015 | 10:51:29 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511040951443115642 N |
| 4309653 | FLSDC | 11/04/2015 | 11:07:59 | 4 | 0:15-CV-60899-WJZ DOCUMENT 34-0 | IMAGE34-0 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511041008553127763 N |
| 4309653 | FLSDC | 11/04/2015 | 11:08:31 | 3 | 0:15-CV-60899-WJZ DOCUMENT 34-1 | IMAGE34-1 | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511041008553127763 N |
| 4309653 | FLSDC | 11/04/2015 | 14:57:12 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511041357193124899 N |
| 4309653 | FLSDC | 11/16/2015 | 14:02:18 | 1 | LAST NAME: WEINFIELD FIRST NAME: STEVEN | SEARCH | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511161302443103346 N |
| 4309653 | FLSDC | 11/16/2015 | 14:02:31 | 7 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511161302443103346 N |
| 4309653 | FLSDC | 11/18/2015 | 16:42:25 | 1 | LAST NAME: WEINFIELD FIRST NAME: STEVEN | SEARCH | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511181542433121072 N |
| 4309653 | FLSDC | 11/18/2015 | 16:42:35 | 8 | 0:15-CV-60899-WJZ | DOCKET REPORT | WEINFIELD | 75.74.82.146 | TED610 | 113CDC.201511181542433121072 N |
| 4309653 | FLSDC | 12/03/2015 | 23:04:41 | 1 | LAST NAME: DAPUZZO FIRST NAME: STEVEN | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032205219911183 N |
| 4309653 | FLSDC | 12/03/2015 | 23:05:02 | 1 | 9:00-MJ-05134-LRJ | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032205219911183 N |
| 4309653 | FLSDC | 12/03/2015 | 23:05:48 | 1 | 9:00-MJ-05134-LRJ | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032206229911486 N |
| 4309653 | FLSDC | 12/03/2015 | 23:06:11 | 2 | 9:01-CV-09018-KLR | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032206229911486 N |
| 4309653 | FLSDC | 12/03/2015 | 23:06:55 | 1 | 9:00-MJ-05134-LRJ | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032207229911735 N |
| 4309653 | FLSDC | 12/03/2015 | 23:07:33 | 1 | LAST NAME: D'APUZZO FIRST NAME: STEVEN | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032208239911986 N |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4309653 | FLSDC | 12/03/2015 | 23:08:39 | 1 | LAST NAME: LINO FIRST NAME: ROBERT | | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032209249912275 N |
| 4309653 | FLSDC | 12/03/2015 | 23:09:00 | 1 | LAST NAME: LINO | | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032209249912275 N |
| 4309653 | FLSDC | 12/03/2015 | 23:09:16 | 1 | LAST NAME: DAPUZZO FIRST NAME: STEVEN | | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032209249912275 N |
| 4309653 | FLSDC | 12/03/2015 | 23:09:24 | 1 | LAST NAME: DAPUZZO FIRST NAME: STEVEN | | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032210269912599 N |
| 4309653 | FLSDC | 12/03/2015 | 23:09:42 | 1 | 9:00-MJ-05134-LRJ | | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032210269912599 N |
| 4309653 | FLSDC | 12/03/2015 | 23:14:33 | 1 | LAST NAME: DAPUZZO FIRST NAME: STEVEN | | SEARCH | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032215319914012 N |
| 4309653 | FLSDC | 12/03/2015 | 23:14:58 | 1 | 9:00-MJ-05134-LRJ | | HISTORY/DOCUMENTS | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032215319914012 N |
| 4309653 | FLSDC | 12/03/2015 | 23:15:11 | 1 | 9:00-MJ-05134-LRJ | | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 113CDC.201512032215319914012 N |
| 4309653 | NYSDC | 12/03/2015 | 23:17:27 | 1 | LAST NAME: DAPUZZO FIRST NAME: STEVEN | | SEARCH | STEVEN | 50.128.161.230 | TED610 | 0208DC.201512032218009907677 N |
| 4309653 | NYSDC | 12/03/2015 | 23:17:42 | 30 | 1:00-CR-00632-JGK | | DOCKET REPORT | STEVEN | 50.128.161.230 | TED610 | 0208DC.201512032218009907677 N |
| 4309653 | FLSDC | 01/07/2016 | 15:51:27 | 5 | 0:14-CV-61652-RLR | | DOCKET REPORT | IVAN | 12.42.135.82 | TED610 | 113CDC.201601071451299915515 N |
| 4309653 | FLSDC | 07/01/2016 | 15:55:04 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110745103124314 N |
| 4309653 | FLSDC | 07/01/2016 | 15:55:23 | 19 | 0:16-CV-61227-DPG DOCUMENT 1-0 | | IMAGE1-0 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110745103124314 N |
| 4309653 | FLSDC | 07/01/2016 | 16:07:40 | 1 | 0:16-CV-61227-DPG DOCUMENT 3-0 | | IMAGE3-0 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110745103124314 N |
| 4309653 | FLSDC | 07/01/2016 | 16:15:30 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110745103124314 N |
| 4309653 | FLSDC | 07/01/2016 | 16:16:45 | 2 | 0:16-CV-61227-DPG DOCUMENT 8-0 | | IMAGE8-0 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110745103124314 N |
| 4309653 | FLSDC | 07/01/2016 | 17:00:03 | 9 | 0:16-CV-61227-DPG DOCUMENT 1-6 | | IMAGE1-6 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110746113125376 N |
| 4309653 | FLSDC | 07/01/2016 | 17:00:29 | 27 | 0:16-CV-61227-DPG DOCUMENT 1-3 | | IMAGE1-3 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110746113125376 N |
| 4309653 | FLSDC | 07/01/2016 | 17:01:52 | 3 | 0:16-CV-61227-DPG DOCUMENT 1-4 | | IMAGE1-4 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110746113125376 N |
| 4309653 | FLSDC | 07/01/2016 | 17:04:18 | 3 | 0:16-CV-61227-DPG DOCUMENT 1-5 | | IMAGE1-5 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110746113125376 N |
| 4309653 | FLSDC | 07/01/2016 | 17:21:02 | 2 | 0:16-CV-61227-DPG DOCUMENT 7-0 | | IMAGE7-0 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110746113125376 N |
| 4309653 | FLSDC | 07/01/2016 | 17:21:23 | 2 | 0:16-CV-61227-DPG DOCUMENT 6-0 | | IMAGE6-0 | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110746113125376 N |
| 4309653 | FLSDC | 07/01/2016 | 19:00:03 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110747133126350 N |
| 4309653 | FLSDC | 07/01/2016 | 19:25:03 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 12.42.135.82 | TED610 | 113CDC.201607110747133126350 N |
| 4309653 | FLSDC | 07/02/2016 | 10:21:05 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110750173129316 N |
| 4309653 | FLSDC | 07/02/2016 | 10:21:24 | 3 | 0:16-CV-61227-DPG DOCUMENT 9-0 | | IMAGE9-0 | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110750173129316 N |
| 4309653 | FLSDC | 07/02/2016 | 10:22:22 | 1 | 0:16-CV-61227-DPG DOCUMENT 9-1 | | IMAGE9-1 | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110750173129316 N |
| 4309653 | FLSDC | 07/02/2016 | 11:30:06 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110750173129316 N |
| 4309653 | FLSDC | 07/04/2016 | 01:11:02 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110754233100822 N |
| 4309653 | FLSDC | 07/04/2016 | 01:11:08 | 1 | 0:16-CV-61227-DPG DOCUMENT 3-0 | | IMAGE3-0 | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110754233100822 N |
| 4309653 | FLSDC | 07/04/2016 | 01:11:42 | 4 | 0:16-CV-61227-DPG DOCUMENT 4-0 | | IMAGE4-0 | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110754233100822 N |
| 4309653 | FLSDC | 07/05/2016 | 14:39:54 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110809443116246 N |
| 4309653 | FLSDC | 07/05/2016 | 16:26:28 | 2 | 0:16-CV-61227-DPG | | DOCKET REPORT | VASQUEZ | 73.244.144.8 | TED610 | 113CDC.201607110812493119058 N |
| 4309653 | FLSDC | 07/19/2016 | 13:08:51 | 3 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201607191209003228848 N |
| 4309653 | FLSDC | 07/25/2016 | 12:09:38 | 3 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201607251110113100784 N |
| 4309653 | FLSDC | 07/25/2016 | 14:51:36 | 3 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201607251352013124235 N |
| 4309653 | FLSDC | 07/25/2016 | 19:15:57 | 3 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201607251816203125068 N |
| 4309653 | MIEDC | 07/19/2016 | 16:06:03 | 2 | 2:16-CV-11276-RHC-APP | | DOCKET REPORT | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191506413209299 N |
| 4309653 | MIEDC | 07/19/2016 | 16:06:58 | 12 | 2:16-CV-11276-RHC-APP DOCUMENT 1-0 | | IMAGE1-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191507413210341 N |
| 4309653 | MIEDC | 07/19/2016 | 16:08:39 | 27 | 2:16-CV-11276-RHC-APP DOCUMENT 1-1 | | IMAGE1-1 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191508413211451 N |
| 4309653 | MIEDC | 07/19/2016 | 16:09:06 | 2 | 2:16-CV-11276-RHC-APP DOCUMENT 2-0 | | IMAGE2-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191509413212550 N |
| 4309653 | MIEDC | 07/19/2016 | 16:09:28 | 1 | 2:16-CV-11276-RHC-APP DOCUMENT 3-0 | | IMAGE3-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191509413212550 N |
| 4309653 | MIEDC | 07/19/2016 | 16:10:04 | 2 | 2:16-CV-11276-RHC-APP DOCUMENT 5-0 | | IMAGE5-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191510413213619 N |
| 4309653 | MIEDC | 07/19/2016 | 16:10:38 | 1 | 2:16-CV-11276-RHC-APP DOCUMENT 6-0 | | IMAGE6-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191510413213619 N |
| 4309653 | MIEDC | 07/19/2016 | 16:11:11 | 10 | 2:16-CV-11276-RHC-APP DOCUMENT 7-0 | | IMAGE7-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191511413214701 N |
| 4309653 | MIEDC | 07/19/2016 | 16:11:58 | 4 | 2:16-CV-11276-RHC-APP DOCUMENT 8-0 | | IMAGE8-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191512423215761 N |
| 4309653 | MIEDC | 07/19/2016 | 16:12:21 | 1 | 2:16-CV-11276-RHC-APP DOCUMENT 9-0 | | IMAGE9-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191512423215761 N |
| 4309653 | MIEDC | 07/19/2016 | 16:12:50 | 2 | 2:16-CV-11276-RHC-APP DOCUMENT 10-0 | | IMAGE10-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191513423216787 N |
| 4309653 | MIEDC | 07/19/2016 | 16:13:14 | 2 | 2:16-CV-11276-RHC-APP DOCUMENT 11-0 | | IMAGE11-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191513423216787 N |
| 4309653 | MIEDC | 07/19/2016 | 16:13:36 | 5 | 2:16-CV-11276-RHC-APP DOCUMENT 12-0 | | IMAGE12-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191513423216787 N |
| 4309653 | MIEDC | 07/19/2016 | 16:13:55 | 22 | 2:16-CV-11276-RHC-APP DOCUMENT 12-1 | | IMAGE12-1 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191514423217886 N |
| 4309653 | MIEDC | 07/19/2016 | 16:14:43 | 15 | 2:16-CV-11276-RHC-APP DOCUMENT 13-0 | | IMAGE13-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191515423220232 N |
| 4309653 | MIEDC | 07/19/2016 | 16:15:01 | 3 | 2:16-CV-11276-RHC-APP DOCUMENT 14-0 | | IMAGE14-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191515423220232 N |
| 4309653 | MIEDC | 07/19/2016 | 16:15:36 | 5 | 2:16-CV-11276-RHC-APP DOCUMENT 15-0 | | IMAGE15-0 | ORGANO | 64.40.130.98 | TED610 | 0645DC.201607191515423220232 N |
| 4309653 | WAWDC | 07/19/2016 | 10:22:15 | 4 | 2:16-CV-00487-RAJ | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191222573212463 N |
| 4309653 | WAWDC | 07/19/2016 | 10:23:03 | 30 | 2:16-CV-00487-RAJ DOCUMENT 1-2 | | IMAGE1-2 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191223583213437 N |
| 4309653 | WAWDC | 07/19/2016 | 10:25:40 | 25 | 2:16-CV-00487-RAJ DOCUMENT 16-0 | | IMAGE16-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191225583215461 N |
| 4309653 | WAWDC | 07/19/2016 | 10:27:26 | 2 | 2:16-CV-00487-RAJ DOCUMENT 2-0 | | IMAGE2-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191227593217613 N |
| 4309653 | WAWDC | 07/19/2016 | 10:28:44 | 14 | 2:16-CV-00487-RAJ DOCUMENT 26-0 | | IMAGE26-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191229003219052 N |
| 4309653 | WAWDC | 07/19/2016 | 10:32:56 | 17 | 2:16-CV-00487-RAJ DOCUMENT 10-0 | | IMAGE10-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191233023224878 N |
| 4309653 | WAWDC | 07/19/2016 | 10:34:07 | 16 | 2:16-CV-00487-RAJ DOCUMENT 31-0 | | IMAGE31-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201607191235033226925 N |
| 4309653 | FLSDC | 08/05/2016 | 20:23:16 | 4 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 73.244.144.8 | TED610 | 113CDC.201608051923543123105 N |
| 4309653 | FLSDC | 08/05/2016 | 20:23:23 | 2 | 0:16-CV-61227-DPG DOCUMENT 21-0 | | IMAGE21-0 | ORGANO | 73.244.144.8 | TED610 | 113CDC.201608051923543123105 N |
| 4309653 | FLSDC | 08/15/2016 | 14:33:20 | 4 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608151333599900732 N |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4309653 | FLSDC | 08/15/2016 | 14:40:48 | 5 | 0:14-CV-61652-RLR | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608151341029907215 N |
| 4309653 | FLSDC | 08/23/2016 | 22:29:21 | 1 | LAST NAME: D'APUZZO FIRST NAME: THEODORE | | SEARCH | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232130179903672 N |
| 4309653 | FLSDC | 08/23/2016 | 22:29:36 | 1 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232130179903672 N |
| 4309653 | FLSDC | 08/23/2016 | 22:29:43 | 4 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232130179903672 N |
| 4309653 | FLSDC | 08/23/2016 | 22:29:45 | 1 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232130179903672 N |
| 4309653 | FLSDC | 08/23/2016 | 22:29:55 | 4 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232130179903672 N |
| 4309653 | FLSDC | 08/23/2016 | 22:32:55 | 8 | 0:11-CV-60765-PAS | | DOCKET REPORT | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232133189905436 N |
| 4309653 | FLSDC | 08/23/2016 | 22:34:21 | 19 | 0:11-CV-60765-PAS DOCUMENT 1-0 | | IMAGE1-0 | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232135199906566 N |
| 4309653 | FLSDC | 08/23/2016 | 22:56:49 | 29 | 0:10-CV-60037-JIC | | DOCKET REPORT | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232157289917464 N |
| 4309653 | FLSDC | 08/23/2016 | 22:57:51 | 6 | 0:10-CV-60037-JIC DOCUMENT 231-0 | | IMAGE231-0 | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232158299917932 N |
| 4309653 | FLSDC | 08/23/2016 | 23:00:07 | 6 | 0:10-CV-60037-JIC DOCUMENT 274-0 | | IMAGE274-0 | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232200299918922 N |
| 4309653 | FLSDC | 08/23/2016 | 23:00:51 | 29 | 0:10-CV-60037-JIC | | DOCKET REPORT | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232201309919484 N |
| 4309653 | FLSDC | 08/23/2016 | 23:01:21 | 3 | 0:10-CV-60037-JIC DOCUMENT 264-0 | | IMAGE264-0 | WATERS | 12.42.135.82 | TED610 | 113CDC.201608232201309919484 N |
| 4309653 | FLSDC | 08/24/2016 | 15:26:00 | 5 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608241426129927059 N |
| 4309653 | FLSDC | 08/25/2016 | 14:44:43 | 5 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608251345179909348 N |
| 4309653 | FLSDC | 08/25/2016 | 21:16:35 | 1 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608252016579903671 N |
| 4309653 | FLSDC | 08/25/2016 | 21:16:38 | 4 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608252016579903671 N |
| 4309653 | FLSDC | 08/25/2016 | 21:16:49 | 2 | 0:09-CV-61657-WJZ | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608252016579903671 N |
| 4309653 | FLSDC | 08/25/2016 | 21:17:09 | 5 | 0:10-CV-61962-PAS | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608252017579904292 N |
| 4309653 | FLSDC | 08/25/2016 | 21:18:17 | 29 | 0:10-CV-60037-JIC | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201608252018589904891 N |
| 4309653 | WAWDC | 08/26/2016 | 01:17:29 | 4 | 2:16-CV-00487-RAJ | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 0981DC.201608260318179917682 N |
| 4309653 | FLSDC | 09/16/2016 | 09:01:41 | 7 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 73.244.144.8 | TED610 | 113CDC.201609160802259920138 N |
| 4309653 | FLSDC | 09/16/2016 | 09:02:23 | 28 | 1:01-CV-03399-FAM | | DOCKET REPORT | ORGANO | 73.244.144.8 | TED610 | 113CDC.201609160802259920138 N |
| 4309653 | FLSDC | 09/16/2016 | 09:05:35 | 11 | 1:01-CV-03399-FAM DOCUMENT 184-0 | | IMAGE184-0 | ORGANO | 73.244.144.8 | TED610 | 113CDC.201609160806279923680 N |
| 4309653 | FLSDC | 09/16/2016 | 15:07:11 | 7 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201609161407539914194 N |
| 4309653 | FLSDC | 09/16/2016 | 18:42:56 | 7 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201609161743199930416 N |
| 4309653 | FLSDC | 09/26/2016 | 07:18:41 | 1 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260619269924670 N |
| 4309653 | FLSDC | 09/26/2016 | 07:18:52 | 5 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260619269924670 N |
| 4309653 | FLSDC | 09/26/2016 | 07:19:15 | 2 | 0:09-CV-61657-WJZ | | DOCKET REPORT | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260619269924670 N |
| 4309653 | FLSDC | 09/26/2016 | 07:19:29 | 5 | 0:10-CV-61962-PAS | | DOCKET REPORT | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260620279925115 N |
| 4309653 | FLSDC | 09/26/2016 | 07:19:48 | 14 | 0:10-CV-61962-PAS DOCUMENT 1-0 | | IMAGE1-0 | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260620279925115 N |
| 4309653 | FLSDC | 09/26/2016 | 07:54:42 | 1 | LAST NAME: ELI FIRST NAME: EDGAR TYPE: PTY | | SEARCH | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260655399911707 N |
| 4309653 | FLSDC | 09/26/2016 | 07:54:54 | 2 | 0:90-CV-06697-JCP | | DOCKET REPORT | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260655399911707 N |
| 4309653 | FLSDC | 09/26/2016 | 07:55:17 | 9 | 0:11-CV-60765-PAS | | DOCKET REPORT | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260655399911707 N |
| 4309653 | FLSDC | 09/26/2016 | 07:55:41 | 19 | 0:11-CV-60765-PAS DOCUMENT 1-0 | | IMAGE1-0 | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260656399912347 N |
| 4309653 | FLSDC | 09/26/2016 | 08:09:24 | 1 | LAST NAME: D'APUZZO | | SEARCH | WATERS | 73.244.144.8 | TED610 | 113CDC.201609260709449920742 N |
| 4309653 | WAWDC | 09/16/2016 | 13:19:25 | 5 | 2:16-CV-00487-RAJ | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 0981DC.201609161520189926754 N |
| 4309653 | WAWDC | 09/16/2016 | 13:20:08 | 30 | 2:16-CV-00487-RAJ DOCUMENT 1-2 | | IMAGE1-2 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201609161520189926754 N |
| 4309653 | FLMDC | 10/17/2016 | 16:13:25 | 27 | 3:08-CV-01217-MMH-JRK | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113ADC.201610171514213120971 N |
| 4309653 | FLSDC | 10/05/2016 | 23:05:05 | 8 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 73.244.144.8 | TED610 | 113CDC.201610052205573121550 N |
| 4309653 | FLSDC | 10/28/2016 | 12:58:04 | 8 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201610281158273208627 N |
| 4309653 | IANDC | 10/05/2016 | 12:47:37 | 5 | 3:13-CV-03030-MWB | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 0862DC.201610051248373100407 N |
| 4309653 | IANDC | 10/05/2016 | 12:48:21 | 11 | 3:13-CV-03030-MWB DOCUMENT 26-0 | | IMAGE26-0 | ORGANO | 12.42.135.82 | TED610 | 0862DC.201610051248373100407 N |
| 4309653 | WAWDC | 10/28/2016 | 10:03:21 | 5 | 2:16-CV-00487-RAJ | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 0981DC.201610281204063216009 N |
| 4309653 | WAWDC | 10/28/2016 | 10:04:25 | 9 | 2:16-CV-00487-RAJ DOCUMENT 40-0 | | IMAGE40-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201610281220507321709 N |
| 4309653 | FLSDC | 11/03/2016 | 15:18:39 | 1 | LAST NAME: D'APUZZO | | SEARCH | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611031419243112395 N |
| 4309653 | FLSDC | 11/03/2016 | 15:20:05 | 1 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611031420253113639 N |
| 4309653 | FLSDC | 11/03/2016 | 15:20:09 | 5 | LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611031420253113639 N |
| 4309653 | FLSDC | 11/03/2016 | 15:20:49 | 2 | FILED FROM: 1/1/2001 FILED TO: 1/1/2013 LAST NAME: GRUMER FIRST NAME: KEITH | | SEARCH | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611031421253114895 N |
| 4309653 | FLSDC | 11/03/2016 | 16:31:48 | 12 | 0:16-CV-61227-DPG DOCUMENT 63-0 | | IMAGE63-0 | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611031531493102908 N |
| 4309653 | FLSDC | 11/04/2016 | 09:34:55 | 1 | LAST NAME: STONE FIRST NAME: JILL | | SEARCH | NEW CLIENT | 12.42.135.82 | TED610 | 113CDC.201611040835513127371 N |
| 4309653 | FLSDC | 11/05/2016 | 11:37:06 | 9 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 73.244.144.8 | TED610 | 113CDC.201611051037453132609 N |
| 4309653 | FLSDC | 11/07/2016 | 09:58:14 | 9 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611070858463228932 N |
| 4309653 | FLSDC | 11/18/2016 | 15:50:56 | 8 | 0:16-CV-61227-DPG | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 113CDC.201611181451513102129 N |
| 4309653 | WAWDC | 11/03/2016 | 14:53:09 | 5 | 2:16-CV-00487-RAJ | | DOCKET REPORT | ORGANO | 12.42.135.82 | TED610 | 0981DC.201611031654013130224 N |
| 4309653 | WAWDC | 11/03/2016 | 14:55:07 | 5 | 2:16-CV-00487-RAJ DOCUMENT 39-0 | | IMAGE39-0 | ORGANO | 12.42.135.82 | TED610 | 0981DC.201611031656023132130 N |
| 4309653 | WAWDC | 11/04/2016 | 11:12:29 | 3 | 2:16-CV-00487-RAJ DOCUMENT 43-0 | | IMAGE43-0 | NEW CLIENT | 12.42.135.82 | TED610 | 0981DC.201611041312493109980 N |
| 4309653 | WAWDC | 11/13/2016 | 12:29:20 | 17 | 2:16-CV-00487-RAJ DOCUMENT 10-0 | | IMAGE10-0 | ATLANTIC | 12.42.135.82 | TED610 | 0981DC.201611131429269915766 N |
| 4309653 | WAWDC | 11/13/2016 | 12:30:52 | 3 | 2:16-CV-00487-RAJ DOCUMENT 10-1 | | IMAGE10-1 | ATLANTIC | 12.42.135.82 | TED610 | 0981DC.201611131431279916137 N |
| 4309653 | WAWDC | 11/13/2016 | 12:31:41 | 30 | 2:16-CV-00487-RAJ DOCUMENT 11-0 | | IMAGE11-0 | ATLANTIC | 12.42.135.82 | TED610 | 0981DC.201611131432279916484 N |
| 4309653 | FLSDC | 12/02/2016 | 16:25:12 | 1 | 0:16-CV-61227-DPG DOCUMENT 54-0 | | IMAGE54-0 | ORGANO | 12.42.135.82 | TED610 | 113CDC.201612021526059910001 N |
| 4309653 | FLSDC | 12/12/2016 | 14:34:04 | 4 | 0:16-CV-61227-DPG DOCUMENT 68-0 | | IMAGE68-0 | ORGANO | 12.42.135.82 | TED610 | 113CDC.201612121334129918725 N |