# Exhibit E



# STATEMENT OF ACCOUNT

Statement Date: 10/07/2014

Usage From: 07/01/2014  to:  09/30/2014

Account Summary

| | |
|---|---|
| **Pages:** | 37 |
| Rate: | $0.10 |
| Subtotal: | $3.70 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $3.70 |
| Credit for Usage not Exceeding $15: | <$3.70> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

Account #: 4309653

Statement #: 4309653-Q32014

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for instructions on disputing charges, FAQs about the billing process and more.

To view detailed billing transactions, visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
*74-2747938*

Questions about the statement?
Visit **www.pacer.gov/billing**

*No payment is due at this time.*

### Enhancements to PACER Administrative Accounts (PAAs)

Enhancements have been made to options under the PAA Maintenance and Usage tabs at pacer.gov (Manage My Account) that include the following:

- The Remove PACER Account from My PAA option now has searchable fields, which allows easier access to the account(s) to be removed from a PAA. You can search by the 7-digit account number, contact name, or status of an account.
- A Download List of All My PACER Accounts option is now available for easy viewing of all accounts. Under this option, there is a pipe delimited format option for raw data, and a comma separated format option for a spreadsheet.
- New options for zipping usage reports allow for quicker downloading times.

In addition, new FAQs for PAA-related questions are located under the PACER tab at https://www.pacer.gov/psc/faq.html. Also, an updated PAA User Manual can be downloaded at www.pacer.gov/documents/paausermanual.pdf.

*This Statement of Account is for your information. This is not a bill.*

*No payment is due at this time.*

Usage for this account was less than $15 for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit http://www.pacer.gov for address changes.*

4309653

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308





# STATEMENT OF ACCOUNT

Statement Date: 01/07/2015

Usage From: 10/01/2014 to: 12/31/2014

**Account Summary**

| | |
|---|---|
| **Pages:** | 61 |
| Rate: | $0.10 |
| Subtotal: | $6.10 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $6.10 |
| Credit for Usage not Exceeding $15: | <$6.10> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

Account #: 4309653
Statement #: 4309653-Q42014

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for instructions on disputing charges, FAQs about the billing process and more.

To view detailed billing transactions, visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the statement?
Visit **www.pacer.gov/billing**

*No payment is due at this time.*

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

*This Statement of Account is for your information. This is not a bill.*

*No payment is due at this time.*

Usage for this account was less than $15 for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

Visit http://www.pacer.gov for address changes.

4309653



The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308



# STATEMENT OF ACCOUNT

Statement Date: 04/06/2015

Usage From: 01/01/2015 to: 03/31/2015

**Account Summary**

| | |
|---|---|
| **Pages:** | 42 |
| Rate: | $0.10 |
| Subtotal: | $4.20 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $4.20 |
| Credit for Usage not Exceeding $15: | <$4.20> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

Account #: 4309653

Statement #: 4309653-Q12015

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for instructions on disputing charges, FAQs about the billing process and more.

To view detailed billing transactions, visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the statement?
Visit **www.pacer.gov/billing**

*No payment is due at this time.*

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

*This Statement of Account is for your information. This is not a bill.*

*No payment is due at this time.*

Usage for this account was less than $15 for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

Visit http://www.pacer.gov for address changes.

4309653

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308





# STATEMENT OF ACCOUNT

Statement Date: 07/07/2015
Usage From: 04/01/2015   to:   06/30/2015

**Account Summary**

| | |
|---|---|
| **Pages:** | 87 |
| Rate: | $0.10 |
| Subtotal: | $8.70 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $8.70 |
| Credit for Usage not Exceeding $15: | <$8.70> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

Account #:  4309653
Statement #:  4309653-Q22015

**Contact Us**

San Antonio:  (210) 301-6440
Toll Free:  (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for instructions on disputing charges, FAQs about the billing process and more.

To view detailed billing transactions, visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the statement?
Visit **www.pacer.gov/billing**

*No payment is due at this time.*

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

*This Statement of Account is for your information. This is not a bill.*

*No payment is due at this time.*

Usage for this account was less than $15 for this quarterly billing cycle.  In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

Visit http://www.pacer.gov for address changes.

4309653

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308





**PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date:  10/07/2015
Usage From:  07/01/2015   to:  09/30/2015

### Account Summary

| | |
|---|---|
| **Pages:** | 161 |
| Rate: | $0.10 |
| Subtotal: | $16.10 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $16.10 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$16.10** |

| Account #: | 4309653 |
|---|---|
| Invoice #: | 4309653-Q32015 |
| Due Date: | 11/09/2015 |
| **Amount Due:** | $16.10 |

**Total Amount Due:**  $16.10

### NextGen CM/ECF

In August, the Kansas District and Alaska Bankruptcy courts implemented the next generation (NextGen) CM/ECF system. Throughout fall 2015, several other courts plan to convert to the new system. monitor your court's website for additional information. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions

### Contact Us

San Antonio:  (210) 301-6440
Toll Free:  (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **pacer.gov/billing**

*Please detach the coupon below and return with your payment.*  **Thank you!**

---



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4309653 | 11/09/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $16.10, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364



# STATEMENT OF ACCOUNT

Statement Date: 01/07/2016

Usage From: 10/01/2015  to:  12/31/2015

Account Summary

| | |
|---|---|
| **Pages:** | 150 |
| Rate: | $0.10 |
| Subtotal: | $15.00 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $15.00 |
| Credit for Usage not Exceeding $15: | <$15.00> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

Account #: 4309653

Statement #: 4309653-Q42015

### Contact Us

San Antonio:  (210) 301-6440
Toll Free:  (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for instructions on disputing charges, FAQs about the billing process and more.

To view detailed billing transactions, visit the **Manage My Account** section of the PACER Service Center web site at **pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the statement?
Visit **pacer.gov/billing**

*No payment is due at this time.*

### Getting Ready for NextGen CM/ECF

Over the past year, several appellate, district, and bankruptcy courts throughout the country have implemented the next generation (NextGen) CM/ECF system. While most courts have not yet set a date for when they will switch to NextGen, you can begin preparing now by upgrading your PACER accoung. To learn more, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions

*This Statement of Account is for your information. This is not a bill.*

*No payment is due at this time.*

Usage for this account was less than $15 for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.gov for address changes.*

4309653

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308





## STATEMENT OF ACCOUNT

Statement Date: 04/07/2016

Usage From: 01/01/2016 to: 03/31/2016

**Account Summary**

| | |
|---|---:|
| **Pages:** | 5 |
| Rate: | $0.10 |
| Subtotal: | $0.50 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $0.50 |
| Credit for Usage not Exceeding $15: | <$0.50> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

Account #: 4309653
Statement #: 4309653-Q12016

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for instructions on disputing charges, FAQs about the billing process and more.

To view detailed billing transactions, visit the **Manage My Account** section of the PACER Service Center web site at **pacer.gov**

The PACER Federal Tax ID is: **74-2747938**

Questions about the statement? Visit **pacer.gov/billing**

*No payment is due at this time.*

### PACER Website, Manage My Account Updates

Over the past few months, PACER has made some updates to create a more helpful and efficient experience for users. The following list provides details on the improvements:

- **BrowseAloud:** This screen reader program is available on pacer.gov, the PACER Case Locator (PCL), and the Case Search Sign In page. It assists users with a wide range of needs by reading website text out loud.
- **Setting a Default in Manage My Account:** Users no longer need to select an icon (P, F, or A) to designate a default or autobilling method of payment. Instead, two new links (Set autobill and Set default) make the selection simpler and easier.
- **Checking E-File Status:** This link (under the Maintenance tab in Manage My Account) now automatically provides a list of the courts in which you have registered instead of requiring the user to select from a drop-down list.

**This Statement of Account is for your information. This is not a bill.**

*No payment is due at this time.*

Usage for this account was less than $15 for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

Visit pacer.gov for address changes.

4309653



The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308





**Public Access to Court Electronic Records**

# INVOICE

Invoice Date: 10/05/2016

Usage From: 07/01/2016   to: 09/30/2016

**Account Summary**

|  |  |
|---|---|
| **Account #:** | 4309653 |
| **Invoice #:** | 4309653-Q32016 |
| **Due Date:** | 11/10/2016 |
| **Amount Due:** | $66.60 |

*Pages:* 666
Rate: $0.10
Subtotal: $66.60

*Audio Files:* 0
Rate: $2.40
Subtotal: $0.00

*Current Billed Usage:* $66.60

*Previous Balance:* $0.00
Current Balance: **$66.60**

*Total Amount Due:*  $66.60

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **pacer.gov/billing**

### Preparing for NextGen CM/ECF

In recent months, as more courts throughout the country have implemented the next generation (NextGen) CM/ECF system, some users have encountered issues that can affect account access and registration. The resources listed below can help you avoid many of these issues, creating a smooth transition when your court converts. Check your court's website for updates on when it will implement NextGen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Shows which courts have converted

*Please detach the coupon below and return with your payment.* **Thank you!**

---



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4309653 | 11/10/2016 | $66.60 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364



**Public Access to Court Electronic Records**

# INVOICE

Invoice Date: 01/09/2017
Usage From: 10/01/2016   to: 12/31/2016

**Account Summary**

| | |
|---|---|
| **Account #:** | 4309653 |
| **Invoice #:** | 4309653-Q42016 |
| **Due Date:** | 02/10/2017 |
| **Amount Due:** | $18.50 |

*Pages:* 185
Rate: $0.10
Subtotal: $18.50

*Audio Files:* 0
Rate: $2.40
Subtotal: $0.00

*Current Billed Usage:* $18.50

*Previous Balance:* $0.00
Current Balance: **$18.50**

*Total Amount Due:*  **$18.50**

### Preparing for NextGen CM/ECF

In recent months, as more courts throughout the country have implemented the next generation (NextGen) CM/ECF system, some users have encountered issues that can affect account access and registration. The resources listed below can help you avoid many of these issues, creating a smooth transition when your court converts. Check your court's website for updates on when it will implement NextGen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Shows which courts have converted

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

*Please detach the coupon below and return with your payment.* **Thank you!**

---



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4309653 | 02/10/2017 | $18.50 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

The D'Apuzzo Law Firm
Theodore D'Apuzzo
2425 E. Commercial Blvd.
Ste. 300
Fort Lauderdale, FL 33308

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364