United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Theodore D'Apuzzo, P.A., Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-62769-Civ-Scola |
| ) | |
| United States of America, ) | |
| Defendant. ) | |

### Order on Motion to Stay

    This matter is before the Court upon the Plaintiff's unopposed motion for stay pending disposition of appeal. (Mot., ECF No. 48.) The Plaintiff seeks to stay this case pending review by the Eleventh Circuit of his petition for permissive appeal of the Court's denial of class certification (ECF No. 47). After considering the motion, the record in this case, and the relevant legal authorities, the Court **grants in part** the motion to stay (**ECF No. 48**).

    The Clerk of Court is directed to **close** this case for **administrative purposes only**. If the Eleventh Circuit denies the Plaintiff's petition, the parties shall move to reopen this case no later than one week after the date of the denial. If the Eleventh Circuit grants the Plaintiff's petition, upon disposition of the appeal by the Eleventh Circuit, this Court will proceed accordingly.

    **Done and ordered** at Miami, Florida, on April 27, 2018.

                                                                       Robert N. Scola, Jr.
                                                                       United States District Judge