UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,

       v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## PARTIES' JOINT MOTION TO REOPEN CASE AND FOR REVISED SCHEDULING ORDER

    Plaintiff, Theodore D'Apuzzo, P.A., and Defendant, United States of America, in accordance with the Court's Order on Motion to Stay (ECF No. 49) ("Order"), jointly move to reopen the case, and for a revised scheduling order, and as grounds state:

    1.    The Order closed the case for administrative purposes, pending a ruling from the Eleventh Circuit on Plaintiff's permissive appeal petition following the Court's denial of Plaintiff's motion for class certification. The Order directed the parties, in the event of the denial of the petition, to move to reopen the case not later than one week from the denial. The Eleventh Circuit denied the petition on July 24, 2018, thus this motion is timely.

    2.    The Order was entered three months ago, on April 30, 2018, meaning that the case has been effectively stayed since then. As a result, the parties respectfully request that the current Scheduling Order (ECF No. 29) be modified to account for the stay period. In particular, the parties request that all deadlines in the current Scheduling Order be pushed back by three months, as reflected in the proposed revised scheduling order attached as **Exhibit A** hereto.[1] The stay period constitutes "good cause" for a revised scheduling order, including because it would

---

[1] Because the basis for the requested modified schedule is the Order, the parties do not believe an affidavit is required under Local Rule 7.6, but would be happy to supply one if the Court so desires.

not have been sensible for either party to continue advancing the case prior to knowing the Eleventh Circuit's disposition of the petition, and because the requested modification is not attributable to a lack of diligence by either party. *See Perea v. Avnet, Inc.*, 2012 WL 12868748, at *2 (S.D. Fla. 2012) (finding good cause to modify scheduling order). A proposed order consistent with the above is attached as **Exhibit B** hereto.

Dated: July 30, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Nicole W. Giuliano | /s/ Alicia H. Welch |
| NICOLE W. GIULIANO | ALICIA H. WELCH |
| GIULIANO LAW, P.A. | ASSISTANT U.S. ATTORNEY |
| 500 E. Broward Blvd. | U.S. Attorney's Office |
| Suite 1710 | 99 N.E. 4th Street, Suite 300 |
| Fort Lauderdale, Florida 33394 | Miami, Florida 33132 |
| Telephone: (954) 848-2940 | Telephone: (305) 961-9370 |
| Email: nicole@giulianolaw.com | Email: Alicia.Welch@usdoj.gov |

John Anthony Van Ness                    *Counsel for Defendant*
Florida Bar No. 391832
**Van Ness Law Firm, PLC**
1239 East Newport Center Dr., Suite 110
Deerfield Beach, FL 33442
Tel: 954-571-2031
Email: tvanness@vanlawfl.com

Morgan L. Weinstein
Florida Bar No. 87796
**Weinstein Law, P.A.**
66 West Flagler Street, 11th Floor
Miami, Florida 33130
Tel: 954-540-2755
Email: morgan@mlwlegal.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on July 30, 2018, on all counsel of record.

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano