United States District Court
for the
Southern District of Florida

Theodore D'Apuzzo, P.A.,     )
Plaintiff,                 )
                            )
v.                           )
                            )
United States of America,     )
Defendant.

## ORDER GRANTING MOTION TO REOPEN CASE

This matter is before the Court on the Parties' Joint Motion to Reopen Case and for Revised Scheduling Order (ECF No. 50) ("Motion"). It is **ordered and adjudged** as follows:,

The Motion is **granted**. The Clerk shall reopen the case and remove it from administratively closed status. A revised scheduling order shall be issued by the Court.

**Done and ordered** in chambers, at Miami, Florida, on _____ 2018.

_____
Robert N. Scola, Jr.
United States District Judge

**Exhibit B**