## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.
Individually and on Behalf of All
Others Similarly Situated,

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO SET BRIEFING
## SCHEDULE FOR MOTION FOR RECONSIDERATION

THIS MATTER is before the Court on the parties' Joint Motion to Set Briefing Schedule for Plaintiff's Motion for Reconsideration of the Order Denying Class Certification ("Motion").

The Court, having reviewed the Motion and being fully advised in the premises, hereby

**ORDERS and ADJUDGES** as follows:

The Motion is GRANTED. The United States shall file its Response to the Motion for Reconsideration on or before **August 30, 2018**. Plaintiff shall file its Reply on or before **September 13, 2018**.

**DONE and ORDERED** in Chambers, Miami, Florida, this _____ day of August, 2018.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE