# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

_____/

## JOINT MOTION TO REOPEN CASE AND RESET DEADLINES

Plaintiff, Theodore D'Apuzzo, P.A. ("Plaintiff"), and Defendant, United States of America ("United States") (together, "parties"), hereby jointly move to reopen the case and reset the pretrial deadlines and the trial date.  In support, the parties state as follows:

1.     On January 7, 2019, the Court granted the United States' Unopposed Motion to Stay the Case and Extend the Case Deadlines due to the government shutdown. (ECF No. 75). The Court ordered, "[o]nce appropriations are restored, the Defendant shall promptly notify the Court, move to reopen this case, and submit a proposed scheduling order that extends all deadlines in this case for the number of calendar days of the government shutdown."  *Id.*

2.     On January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed civil litigation functions.[1]

3.     Accordingly, the parties respectfully request that the Court reopen this case and enter the attached proposed order extending all deadlines in the Scheduling Order (ECF No. 51) and the order setting a briefing schedule for summary judgment (ECF No. 73) by 35 days – the number of calendar days of the shutdown.

4.     The proposed new deadlines and trial date are as follows:

---

[1]     Absent passage of an appropriation or another continuing resolution, funding to the Department of Justice will lapse again on February 15, 2019.

February 20, 2019 – Deadline to file responsive briefs to motions for summary judgment.

March 6, 2019 – Deadline to file reply briefs in support of motions for summary judgment.[2]

April 16, 2019 – Deadline for filing pretrial motions, including motions in limine and *Daubert* motions.

May 20, 2019 – Deadline to file joint pretrial stipulation under Local Rule 16.1(e) and pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3).

June 3, 2019 – Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) consistent with Local Rule 16.1(k).

Two-week trial period commencing June 17, 2019.  Calendar call on June 11, 2019.

WHEREFORE, the parties respectfully request that the Court reopen the case and enter an Order resetting the deadlines and trial date by 35 days, and for any such further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| <u>Nicole W. Giuliano</u> | <u>Alicia H. Welch</u> |
| NICOLE W. GIULIANO | ALICIA H. WELCH |
| GIULIANO LAW, P.A. | ASSISTANT U.S. ATTORNEY |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |
| 121 S. Orange Drive | U.S. Attorney's Office |
| Suite 1500 | 99 N.E. 4th Street, Suite 300 |
| Orlando, Florida  32801 | Miami, Florida 33132 |
| Telephone: (954) 848-2940 | Telephone: (305) 961-9370 |
| Email:  nicole@giulianolaw.com | Email: Alicia.Welch@usdoj.gov |

---

[2]     Plaintiff notes that the Motion for Reconsideration of the Order Denying Class Certification (ECF No. 52) has been fully briefed since September 13, 2018, and resolution of that motion could impact the briefing schedule for summary judgment.