## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.
_____/

### Order Granting Motion to Reopen and Resetting Trial Date and Pretrial Deadlines

On January 7, 2019, the Court stayed this case due to the government shutdown (ECF No. 75). The parties have informed the Court that funding for the Department of Justice has been restored through February 15, 2019. Accordingly, the Court grants the parties' joint motion to reopen (ECF No. 75), and the parties shall adhere to the following schedule:

This action is set for trial during the two-week trial period beginning on **June 17, 2019**. Calendar call will be held at 9:00 a.m. on the **preceding Tuesday, June 11, 2019** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida. A pretrial conference will be held immediately following calendar call only if requested by the parties in advance.

The parties must comply with the following schedule:

February 20, 2019 – Deadline to file responsive briefs to motions for summary judgment.

March 6, 2019 – Deadline to file reply briefs in support of motions for summary judgment.

April 16, 2019 – Deadline for the filing pretrial motions, including motions in limine and *Daubert* motions.

May 20, 2019 – Deadline to file joint pretrial stipulation under Local Rule 16.1(e) and pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3).

June 3, 2019 – Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) consistent with Local Rule 16.1(k).

The Court's Scheduling Order (ECF No. 51) shall otherwise remain in full force and effect.

**DONE and ORDERED** in Chambers at Miami, Florida, this _____ day of January, 2019.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel of record