UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED
MOTION FOR EXTENSION OF DEADLINE FOR MOTIONS IN LIMINE**

Defendant, United States of America ("United States"), by and through the undersigned Assistant U.S. Attorney, respectfully moves for a *two (2) week extension of the deadline to file motions in limine through April 30, 2019*, and states the following in support:

1. The deadline for the parties to file motions in limine is April 16, 2019 (ECF No. 81).[1]

2. The undersigned is preparing for trial before the Honorable Jose E. Martinez set to begin on Tuesday, April 16, 2019 in the case *O'Donnell v. United States of America*, 15-CV-61953-JEM. The undersigned is first chair in that case and trial. Additionally, today the court set a settlement conference in the case for Monday, April 15.

---

[1] April 16 is also the deadline for *Daubert* motions, but the parties do not anticipate any *Daubert* motions because there are no experts in this case.

3.       Accordingly, the United States respectfully requests a two (2) week extension of the deadline to file motions in limine through April 30, 2019.  The requested extension is for both Plaintiff and the United States to file motions in limine.

4.       The requested extension will not affect other deadlines in the Scheduling Order (ECF No. 81) or the trial period set to begin on June 24, 2019.

### Good Faith Certificate Pursuant to Local Rule 7.1(a)(3)

The undersigned conferred by email with Plaintiff's counsel, Douglas Giuliano.  Mr. Giuliano stated that he has no objection to the relief requested herein.

WHEREFORE, the United States respectfully requests that the Court enter an Order extending the deadline for motions in limine through April 30, 2019.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     Alicia H. Welch
        ALICIA H. WELCH
        Assistant U.S. Attorney
        Florida Bar No. 100431
        Email: Alicia.Welch@usdoj.gov
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Tel: (305) 961-9370

        *Counsel for Defendant United States of America*