**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-CV-62769-SCOLA

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR**
**EXTENSION OF DEADLINE FOR MOTIONS IN LIMINE**

THIS MATTER is before the Court on Defendant United States of America's Unopposed Motion for Extension of Deadline for Motions in Limine, filed on April 11, 2019 ("Motion").

The Court, having reviewed the Motion and being fully advised in the premises, hereby

**ORDERS and ADJUDGES** as follows:

The Motion is GRANTED. The parties shall file their motions in limine no later than April 30, 2019.

**DONE and ORDERED** in Chambers, Miami, Florida, this _____ day of April, 2019.

                                            ROBERT N. SCOLA, JR.
                                            UNITED STATES DISTRICT JUDGE