UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

   Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

   Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO BRING**
**ELECTRONIC EQUIPMENT INTO FEDERAL COURTHOUSE BUILDING**

 Defendant, United States of America, respectfully requests that the undersigned attorney and staff of the United States Attorney's Office be permitted to bring personal laptop computers, and other necessary electronic equipment, into Judge Robert N. Scola, Jr.'s courtroom located at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 12-3, Miami, Florida 33128, on June 26, 2019.  In support of this motion, Defendant states:

 1.  A hearing on the parties' cross-motions for summary judgment is scheduled for June 26, 2019 (ECF No. 95).  Assistant United States Attorney Alicia H. Welch is the defense attorney in this case and will be assisted by Legal Administrative Specialist Meredith Ketchum from the United States Attorney's Office.

 2.  The Defendant respectfully requests that each of the referenced individuals be permitted to bring their personal laptop computer, and any other electronic equipment needed to project documents being introduced in this case.

3. On June 24, 2019, the undersigned conferred by email with Plaintiff's counsel who stated he does not oppose the relief requested herein.

WHEREFORE, Defendant, the United States of America, respectfully requests that the Court enter an Order directing the United States Marshals and the Court Security Officers to permit each of the aforementioned individuals to bring her laptop computer and other necessary electronic equipment into the building located at 400 North Miami Avenue, Miami, Florida 33128, and to utilize such electronic equipment in Judge Scola's courtroom on June 26, 2019.

Respectfully submitted

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: Alicia H. Welch
ALICIA H. WELCH
ASSISTANT U.S. ATTORNEY
Fla. Bar No. 100431
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL   33394
Telephone: (954) 660-5792
E-mail:  Alicia.Welch@usdoj.gov

*Counsel for United States of America*