## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62769-SCOLA

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

          Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

          Defendant.

_____/

## **ORDER**

This matter, having come before the Court upon Defendant's Unopposed Motion for Permission to Bring Electronic Equipment into Federal Courthouse Building, and the Court, having reviewed the record, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the United States Marshals and the Court Security Officers are hereby directed to permit Assistant United States Attorney Alicia H. Welch and Legal Administrative Specialist Meredith Ketchum to bring personal laptop computers and other electronic equipment into the United States Court building located at 400 North Miami Avenue, Miami, Florida 33128, and to utilize such electronic equipment in my courtroom, on June 26, 2019.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June 2019.

                                                          _____
                                                          ROBERT N. SCOLA, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:  Counsel of Record