# EXHIBIT B



# Fernandez&Associates
## court reporters

Rivergate Plaza Suite 718
444 Brickell Avenue Miami Florida 33131
305 374.8868 Fax 305 374.9668
service@fernandezCR.com
FernandezCourtReporters.com

# Invoice

Accepted by: _[signature]_
Date: 11/5/18

| BILL TO | INVOICE # | DATE |
|---|---|---|
| U.S. ATTORNEY'S OFFICE<br>99 N.E. 4th Street, 2nd Floor<br>MIAMI, FL 33132 | 22300 | 10/15/2018 |

| ATTN | Alicia Welch, AUSA |
|---|---|

Invoice approved for payment
_[signature]_
DATE: 12/20/18

| REPORTER | TERMS |
|---|---|
| N. Woods | Due on receipt |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT | |
|---|---|---|---|---|---|
| | Theodore D'Apuzzo vs. United States of America<br>Authorization #11001-4221<br>Call #004-221 | | | | |
| 10/10/2018 | Attendance of Reporter, 1:00 to 4:45. | 3.75 | 58.00 | 217.50 | Line 24 |
| | Original and one copy of the Deposition of Theodore D'Apuzzo. | 117 | 4.35 | 508.95 | Line 14 |
| | CD-R e-mailed. | 1 | 15.00 | 15.00 | Line 21 |

**CERTIFICATE OF RECEIPT**
I certify that these goods/services were received on 10/10 (date) and accepted on 10/15 (date). Oral purchase was authorized and no confirming order has been issued.

☒ PARTIAL ☐ FINAL payment
☒ DIRECT ☐ OCDETF ☐ ASSET FORF ☐ HCF

Case No. 16-CV-62749
Auth No. 11001-4221
_[signature]_ 11/1/18
(Signature) (Date)
X Alicia Welch, AUSA
(Print name and title)

Fernandez & Associates Court Reporters does not abdicate payment responsibility to third parties. If collection action is necessary to obtain payment of this invoice, we shall be entitled to recover from payor all costs of collection, including interest, court costs, and reasonable attorney's fees.

| **Total** | **$741.45** |
|---|---|

| WE ACCEPT CREDIT CARD PAYMENTS | TAX ID NUMBER 65-0595628 |
|---|---|

# INVOICE



**Olender Reporting — Litigation Solutions**
1100 Connecticut Ave. NW   Office: 202.898.1108
Suite 810   Toll Free: 888.445.3376
Washington, DC 20036   Fax: 202.289.0566
www.olenderreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1019338 | 11/20/2018 | 39004 |
| **Job Date** | **Case No.** | |
| 10/25/2018 | 16-CV-62769-SCOLA/OTAZO-REYES | |

**Case Name**

Theodore D'Apuzzo, PA v The United States of America

**Payment Terms**

Due upon receipt

Alicia Welch, Esq.
U.S. Attorney's Office
Southern District of Florida
99 NE 4th St, Suite 300
Miami, FL 33132

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Wendell Skidgel | 109.00 Pages | @ | 4.25 | 463.25 |
| Appearance 1st Hour | | | 70.00 | 70.00 |
| Appearance Additional Hours | 2.00 Hours | @ | 40.00 | 80.00 |
| EXHIBITS | 53.00 Pages | @ | 0.35 | 18.55 |
| Condensed Trans & E-Tran | | | 15.00 | 15.00 |

TOTAL DUE >>>   *Pay*   **($646.80)**
AFTER 12/20/2018  PAY   $711.48

Thank you for scheduling with us! We appreciate your business. Please note that you the client are responsible for payment of this invoice or for any collections and or attorney fees for past due invoices.

Please note all credit cards will be processed with a 2.8% service fee.

[PAID stamp: Voucher/Doc./Ck# UP-URS1902441  Date: ___  Initials: ___]

**Do Not Pay**

| | |
|---|---|
| (−) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 64.68 |
| (=) New Balance: | $711.48 |

Tax ID: 82-1697963   Phone: 305-961-9327   Fax:

*Please detach bottom portion and return with payment.*

Alicia Welch, Esq.
U.S. Attorney's Office
Southern District of Florida
99 NE 4th St, Suite 300
Miami, FL 33132



**CERTIFICATE OF RECEIPT**
I certify that these goods/services as listed have been verified as correct for payment. This is a
☐ PARTIAL payment   ☒ FINAL paymen
☐ DIR  ☐ OCDETF  ☐ ASF  ☐ HCF
Case No. 16-CV-62769
Auth No. DYF-1511067-417
[signature]  2/28/19  (Date)

Remit To: **Olender Legal Solutions**
1100 Connecticut Ave, NW
Suite 810
Washington, DC 20036

| | | |
|---|---|---|
| Invoice No. | : | 1019338 |
| Invoice Date | : | 11/20/2018 |
| **Total Due** | : | **$711.48** |

Oral purchase was authorized and no confirming order has been issued.

| | | |
|---|---|---|
| Job No. | : | 39004 |
| BU ID | : | LI OLS/DC |
| Case No. | : | 16-CV-62769-SCOLA/OTAZO-REYES |
| Case Name | : | Theodore D'Apuzzo, PA v The United States of America |