# EXHIBIT C

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## BROWARD DIVISION

CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

      Plaintiff,

         v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____/

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, pursuant to F.R.C.P. 26(a)(1)(A), hereby furnishes its initial disclosures:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

   A.  <u>Theodore D'Apuzzo</u>
c/o Nicole W. Giuliano
Giuliano Law, P.A.
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Tel: (954) 848-2940

Mr. D'Apuzzo has discoverable information concerning the claims in this action, since he is the owner of the law firm that is the named plaintiff in this action, Theodore D'Apuzzo, P.A., and was the person who accessed via PACER the documents constituting "judicial opinions" attached as Exhibits A and B to the First Amended Complaint (D.E. 14), for which access his law firm was charged, and paid.

   B.  <u>Wendell Skidgel Jr.</u>
c/o Alicia H. Welch, Assistant U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9370

Mr. Skidgel Jr. has discoverable information concerning the claims in this action, including as to the existence or means of access to Defendant's records that would be relevant to Plaintiff's claims, based on a declaration Mr. Skidgel Jr. submitted in support of a motion to stay discovery filed by Defendant (D.E. 17-1).

C.  Defendant, The United States of America
c/o Alicia H. Welch, Assistant U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9370

Defendant, through its corporate representatives with knowledge, has discoverable information concerning the claims in this action, including as to the existence or means of access to Defendant's records that would be relevant to Plaintiff's claims, as well as information relating to the conduct giving rise to those claims, such as how "judicial opinions" are flagged as such for purposes of PACER billing.

2.  **A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

All documents referenced in, or attached as exhibits to, the First Amended Complaint (D.E. 14), including without limitation, the Electronic Public Access Fee Schedule available on PACER's website https://www.pacer.gov/ (and which also is attached as Exhibit 1 to Defendant's Motion to Dismiss (D.E. 16-1); the various PACER official "newsletters" or similar "announcements"; the PACER website https://www.pacer.gov/, including any terms or conditions of usage; and the sample documents constituting "judicial opinions" for purposes of PACER attached as Exhibits A-L.

3.  **A computation of each category of damages claimed by the disclosing party.**

The First Amended Complaint seeks damages on behalf of the putative class (as defined therein), which damages would consist of refunds of amounts paid by PACER users to access documents constituting "judicial opinions."  The total amount of such damages is not presently known, since discovery has not yet started and no class has yet been certified.

4.  **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff does not know whether any such insurance agreement exists.

Dated: March 27, 2017

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano
Florida Bar No. 71067
**Giuliano Law, P.A.**
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Tel: (954) 848-2940
Email: nicole@giulianolaw.com

-and-

Morgan Weinstein
Florida Bar No. 87796
**Van Ness Law Firm, PLC**
1239 East Newport Center Drive, Suite 110
Deerfield Beach, Florida 33442
Tel: (954) 571-2031
Email: MWeinstein@vanlawfl.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via e-mail on March 27, 2017, on all counsel or parties of record on the Service List below.

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano

## SERVICE LIST

Alicia H. Welch
Email: Alicia.Welch@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
*Attorney for Defendant The United States of America*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

_____/

## UNITED STATES OF AMERICA'S INITIAL DISCLOSURES

Defendant, United States of America ("United States"), pursuant to Rule 26(a)(1) of the

Federal Rules of Civil Procedure, serves its Initial Disclosures as follows:[1]

**A. Name, and if known, the address and telephone number of individuals likely to have discoverable information to support the United States' defenses.**

1. Theodore D'Apuzzo
   c/o Nicole Giuliano, Esq.
   Giuliano Law, P.A.
   500 W. Broward Blvd., Suite 1710
   Fort Lauderdale, FL 33394
   (954) 848-2940

   Mr. D'Apuzzo has knowledge regarding the documents his law firm accessed through PACER and the charges his law firm incurred from accessing documents on PACER.

2. Steve Larimore, Clerk of Court
   U.S. District Court for the Southern District of Florida (Miami, FL)
   c/o Alicia H. Welch, Assistant U.S. Attorney
   U.S. Attorney's Office
   99 N.E. 4th Street, 3rd Floor
   Miami, Florida 33132
   (305) 961-9370

---

[1]     Although Plaintiff styles this case as a putative class action, a class has not been certified. Accordingly, the United States serves its initial disclosures solely with respect to Plaintiff's claims.

Mr. Larimore has knowledge that Exhibit A to the First Amended Complaint was not docketed as an opinion in CM/ECF. Mr. Larimore also has knowledge of the procedures in the Southern District of Florida for the designation of documents as judicial opinions.

3. Bill McCool, Clerk of Court
   U.S. District Court for the Western District of Washington (Seattle, WA)
   c/o Alicia H. Welch, Assistant U.S. Attorney
   U.S. Attorney's Office
   99 N.E. 4th Street, 3rd Floor
   Miami, Florida 33132
   (305) 961-9370

   Mr. McCool has knowledge that Exhibit B to the First Amended Complaint was not docketed as an opinion in CM/ECF. Mr. McCool also has knowledge of the procedures in the Western District of Washington for the designation of documents as judicial opinions.

4. Wendell Skidgel, Senior Attorney
   Administrative Office of the U.S. Courts (Washington, D.C.)
   c/o Alicia H. Welch, Assistant U.S. Attorney
   U.S. Attorney's Office
   99 N.E. 4th Street, 3rd Floor
   Miami, Florida 33132
   (305) 961-9370

   Mr. Skidgel has knowledge that the PACER system provides direct access to documents, including orders that are stored in each individual court's CM/ECF.

5. Anna Garcia, Supervisory IT Specialist
   Administrative Office of the U.S. Courts (San Antonio, TX)
   c/o Alicia H. Welch, Assistant U.S. Attorney
   U.S. Attorney's Office
   99 N.E. 4th Street, 3rd Floor
   Miami, Florida 33132
   (305) 961-9370

   Ms. Garcia has knowledge regarding Plaintiff's billing transactions and that Plaintiff did not report billing errors to the PACER Service Center or request a refund or credit.

**B. Documents the United States may use to support its defenses.**

1. PACER account statements for the D'Apuzzo Law Firm (Account # 4309653)

2. PACER billing transactions for the D'Apuzzo Law Firm (Account # 4309653)

3. Order Denying Defendants' Request for Judicial Notice (First Amended Complaint, Exhibit A)

4. Order on Preliminary Injunction (First Amended Complaint, Exhibit B)

5. PACER transaction receipts for Exhibits A and B to the First Amended Complaint

6. Electronic Public Access Fee Schedule, effective December 1, 2013

7. PACER Policies and Procedures, last updated August 18, 2014

8. PACER User Manual for ECF Courts

9. PACER Credit Request Form

10. PACER Refund Form

11. Memorandum to all Chief Judges, United States Courts, "Compliance with Website Requirements of the E-Government Act," dated November 10, 2004

**C. Computation of each category of damages claimed by the United States.**

No damages claimed by the United States at this time although the United States reserves the right to claim damages in the future.

**D. Any applicable insurance agreement.**

None.

The United States reserves its right to supplement these responses as necessary.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    /s/Alicia H. Welch
ALICIA H. WELCH
Assistant U.S. Attorney
Florida Bar No. 100431
Email: Alicia.Welch@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9370
Fax: (305) 530-7139

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by electronic mail on March 27, 2017, on all counsel or parties of record on the Service List below.

/s/Alicia H. Welch
Alicia H. Welch, AUSA

## <u>SERVICE LIST</u>

Nicole W. Giuliano
nicole@giulianolaw.com
GIULIANO LAW, P.A.
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL  33394

Morgan Weinstein
MWeinstein@vanlawfl.com
VAN NESS LAW FIRM, PLC
1239 East Newport Center Drive, Suite 110
Deerfield Beach, FL  33442

*Attorneys for Plaintiff*

**Notices of Electronic Filing generated by CM/ECF**