United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Theodore D'Apuzzo, P.A., Individually and on Behalf of All Others Similarly Situated, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 16-62769-Civ-Scola |
| United States of America, Defendant. | ) ) ) ) | |

## Judgment

The Court has granted summary judgment for the United States of America on Counts I and II of the amended complaint and dismissed Count III. (ECF No. 99.) The Court now enters judgment in favor of the United States of America and against the Plaintiff Theodore D'Apuzzo, P.A., as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on July 29, 2019.

_____
Robert N. Scola, Jr.
United States District Judge