UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-62769-RNS

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TAX COSTS**

Plaintiff THEODORE D'APUZZO, P.A., by and through undersigned counsel, responds to THE UNITED STATES OF AMERICA'S Motion to Tax Costs [DE 100] as follows:

1) On June 27, 2019, the Court entered an Order on the parties' cross motions for summary judgment granting, in part, Plaintiff's Motion as to the existence of a contract between the parties and granting the balance in favor of the Defendant;

2) Plaintiff's time to appeal has not yet expired pursuant to F.R.A.P. 4(a)(1)(B)(i);

3) Plaintiff does not contest the reasonableness of the costs itemized by Defendant, nor entitlement should the decision ultimately be upheld on appeal;

4) For purposes of preserving both judicial and party resources, Plaintiff requests that any hearing or execution of such Order taxing costs be addressed after completion of the appeal.

Respectfully submitted this 5th day of August, 2019

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano
Florida Bar No. 71067
Counsel for Plaintiff
Giuliano Law, P.A.
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel: (321) 754-5290
Fax: (321) 400-1055
Email: nicole@giulianolaw.com
Secondary: service@giulianolaw.com