## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

      Plaintiff,

          v.

THE UNITED STATES OF AMERICA,

      Defendant.
_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Theodore D'Apuzzo, P.A., plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment (ECF No. 102) and Order on Motions for Summary Judgment (ECF No. 99), entered in this action on July 30, 2019 and June 27, 2019, respectively.[1]

                                       Respectfully submitted.

                                       By: */s/ Douglas J. Giuliano*
                                       Douglas J. Giuliano
                                       Florida Bar No. 15282
                                       **Giuliano Law, P.A.**
                                       121 S. Orange Avenue, Suite 1500
                                       Orlando, FL 32801
                                       Tel: 954-754-5290
                                       doug@giulianolaw.com

                                       *Attorney for Plaintiff*

---

[1] The Order on Motions for Summary Judgment also denied plaintiff's motion for reconsideration of class certification (ECF No. 52), through which plaintiff had sought reconsideration of this Court's Order on Motion for Class Certification (ECF No. 47). Plaintiff also is appealing the class certification denial.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on August 20, 2019, on all counsel or parties of record on the Service List below.

By: */s/ Douglas J. Giuliano*
Douglas J. Giuliano

## SERVICE LIST

Alicia H. Welch
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Alicia.Welch@usdoj.gov
*Attorney for Defendant The United States of America*