# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## <u>NOTICE OF DOCKETING</u>

### 19-2311 - Theodore D'Apuzzo, P.A. v. United States Of America

**Date of docketing:** August 27, 2019

**Appeal from:** United States District Court for the Southern District of Florida case no. 0:16-cv-62769-RNS

**Appellant:** Theodore D'Apuzzo, P.A.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing*.) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing*.) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing or within 30 days if the United States or its officer or agency is a party in the appeal*.) [Only in cases where all parties are represented by counsel. See Fed. Cir. R. 33.1 and the mediation guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court**.
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office**.
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** Counsel should advise the clerk in writing within 30 days once briefing is completed of potential scheduling conflicts or as soon as they are known and should not wait until an actual conflict arises. Once scheduled, a case will not be postponed except on motion showing **compelling reasons**. See Practice Note following Fed. Cir. R. 34.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court

cc: United States District Court for the Southern District of Florida
Douglas J. Giuliano
Alicia Hayley Welch



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-62769-SCOLA/OTAZO-REYES

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

      Plaintiff,

          v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____/

## NOTICE OF APPEAL

      Notice is hereby given that Theodore D'Apuzzo, P.A., plaintiff in the above named case

hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment

(ECF No. 102) and Order on Motions for Summary Judgment (ECF No. 99), entered in this action

on July 30, 2019 and June 27, 2019, respectively.[1]

                    Respectfully submitted.

                    By: */s/ Douglas J. Giuliano*
                    Douglas J. Giuliano
                    Florida Bar No. 15282
                    **Giuliano Law, P.A.**
                    121 S. Orange Avenue, Suite 1500
                    Orlando, FL 32801
                    Tel: 954-754-5290
                    doug@giulianolaw.com

                    *Attorney for Plaintiff*

---

[1] The Order on Motions for Summary Judgment also denied plaintiff's motion for reconsideration of class certification (ECF No. 52), through which plaintiff had sought reconsideration of this Court's Order on Motion for Class Certification (ECF No. 47). Plaintiff also is appealing the class certification denial.