United States District Court
for the
Southern District of Florida

Theodore D'Apuzzo, P.A., Plaintiff,    )
                                       )
v.                                     )
                                       )    Civil Action No. 16-62769-Civ-Scola
                                       )
United States of America,              )
Defendant.                             )

## Order Adopting the Magistrate's Report And Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's motion to tax costs. On August 29, 2019, Judge Torres issued a report, recommending that the Court grant the motion and award the Defendant costs in the amount of $1,388.25. (Report & Recommendations, ECF No. 107.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (ECF No. 107). The Court **grants** the Government's motion to tax costs (ECF No. 100). Consistent with the report, the Court awards **$1,388.25** in costs to the Government to be paid by the Plaintiff, Theodore D'Apuzzo, P.A.

**Done and Ordered** in chambers, at Miami, Florida, on September 13, 2019.

_____
Robert N. Scola, Jr.
United States District Judge