**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-cv-62769-RNS

THEODORE D'APUZZO, P.A.,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,
v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff THEODORE D'APUZZO, P.A., by and through undersigned counsel, notices the Court and all parties of its compliance with the Court's Order Awarding Costs [DE 109].  Plaintiff has tendered payment in the amount of $1,388.25 to Defendant, the United States of America, via U.S. mail on September 16, 2019.

Respectfully submitted this 19th day of September, 2019

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano
Florida Bar No. 71067
Doug Giuliano
Florida Bar No. 15282
Counsel for Plaintiff
Giuliano Law, P.A.
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel: (321) 754-5290
Fax: (321) 400-1055
Email: nicole@giulianolaw.com
Secondary: service@giulianolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on September 19, 2019, on all counsel or parties of record on the Service List below.

By: */s/ Nicole W. Giuliano*
Nicole W. Giuliano

**SERVICE LIST**

Alicia H. Welch
Alicia.Welch@usdoj.gov
U.S. ATTORNEY'S OFFICE
99 N.E. 4th Street, Suite 300
Miami, Florida 33132

John Anthony Van Ness
Florida Bar No. 391832
Van Ness Law Firm, PLC
1239 East Newport Center Dr., Suite 110
Deerfield Beach, FL 33442
Email: tvanness@vanlawfl.com

Morgan L. Weinstein
Florida Bar No. 87796
Weinstein Law, P.A.
300 SE 2nd Street, Ste 600
Fort Lauderdale, FL 33301-1950
Email: morgan@mlwlegal.com