FILED BY ap D.C.

Jun 15, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THEODORE D'APUZZO, P.A.,**
*Plaintiff-Appellant*

v.

**UNITED STATES OF AMERICA,**
*Defendant-Appellee*

---

2019-2311

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:16-cv-62769-RNS, Judge Robert N. Scola, Jr.

---

**JUDGMENT**

---

DOUG GIULIANO, Giuliano Law, P.A., Orlando, FL, argued for plaintiff-appellant.

ALISA BETH KLEIN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSHUA MARC SALZMAN, JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 15, 2020</u>     /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                  Clerk of Court