# United States Court of Appeals for the Federal Circuit

---

**THEODORE D'APUZZO, P.A.,**
*Plaintiff-Appellant*

v.

**UNITED STATES OF AMERICA,**
*Defendant-Appellee*

---

2019-2311

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:16-cv-62769-RNS, Judge Robert N. Scola, Jr.

---

## MANDATE

---

In accordance with the judgment of this Court, entered June 15, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 6, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

FILED BY **AP** D.C.
Aug 6, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THEODORE D'APUZZO, P.A.,**
*Plaintiff-Appellant*

v.

**UNITED STATES OF AMERICA,**
*Defendant-Appellee*

---

2019-2311

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:16-cv-62769-RNS, Judge Robert N. Scola, Jr.

---

**JUDGMENT**

---

DOUG GIULIANO, Giuliano Law, P.A., Orlando, FL, argued for plaintiff-appellant.

ALISA BETH KLEIN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSHUA MARC SALZMAN, JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Newman, O'Malley, and Wallach, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court

June 15, 2020  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court